| Date | Description | Amount | Balance |
|---|---|---|---|
| 07/01/2021 | Association Fee Ref. No.: 5029022 | 326.30 | 400.00 DR |
| 07/01/2021 | Insurance Assessment Ref. No.: 5029023 | 143.16 | 73.70 DR |
| 07/01/2021 | Cable Fee Ref. No.: 5029024 | 60.37 | -69.46 CR |
| 07/01/2021 | Capital Reserve Fees Ref. No.: 5029025 | 50.00 | -129.83 CR |
| 06/01/2021 | Association Fee Ref. No.: 5006477 | 326.30 | -179.83 CR |
| 06/01/2021 | Insurance Assessment Ref. No.: 5006478 | 143.16 | -506.13 CR |
| 06/01/2021 | Cable Fee Ref. No.: 5006479 | 60.37 | -649.29 CR |
| 06/01/2021 | Capital Reserve Fees Ref. No.: 5006480 | 50.00 | -709.66 CR |
| 06/01/2021 | Owner Fines Ref. No.: 5008804 | 400.00 | -759.66 CR |
| 05/12/2021 | Payment Ref. No.: 4995229 | -1,159.66 | -1,159.66 CR |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 11/01/2021 | Association Fee Ref. No.: 5104167 | 326.30 | 1,501.76 DR |
| 11/01/2021 | Insurance Assessment Ref. No.: 5104168 | 143.16 | 1,175.46 DR |
| 11/01/2021 | Cable Fee Ref. No.: 5104169 | 60.37 | 1,032.30 DR |
| 11/01/2021 | Capital Reserve Fees Ref. No.: 5104170 | 50.00 | 971.93 DR |
| 11/01/2021 | Payment Ref. No.: 5106381 | -579.83 | 921.93 DR |
| 10/11/2021 | Late Fee Ref. No.: 5094726 | 107.98 | 1,501.76 DR |
| 10/01/2021 | Association Fee Ref. No.: 5084712 | 326.30 | 1,393.78 DR |
| 10/01/2021 | Insurance Assessment Ref. No.: 5084713 | 143.16 | 1,067.48 DR |
| 10/01/2021 | Cable Fee Ref. No.: 5084714 | 60.37 | 924.32 DR |
| 10/01/2021 | Capital Reserve Fees Ref. No.: 5084715 | 50.00 | 863.95 DR |
| 09/21/2021 | Payment Ref. No.: 5074090 | -579.83 | 813.95 DR |
| 09/21/2021 | Payment Ref. No.: 5074091 | -579.83 | 1,393.78 DR |
| 09/11/2021 | Late Fee Ref. No.: 5073683 | 165.97 | 1,973.61 DR |
| 09/01/2021 | Association Fee Ref. No.: 5065593 | 326.30 | 1,307.64 DR |
| 09/01/2021 | Insurance Assessment Ref. No.: 5065594 | 143.16 | 1,481.34 DR |
| 09/01/2021 | Cable Fee Ref. No.: 5065595 | 60.37 | 1,338.18 DR |
| 09/01/2021 | Capital Reserve Fees Ref. No.: 5065596 | 50.00 | 1,277.81 DR |
| 08/11/2021 | Late Fee Ref. No.: 5057290 | 107.98 | 1,227.81 DR |
| 08/02/2021 | Owner Fines Ref. No.: 5050440 | 100.00 | 1,119.83 DR |
| 08/01/2021 | Association Fee Ref. No.: 5048568 | 326.30 | 1,019.83 DR |
| 08/01/2021 | Insurance Assessment Ref. No.: 5048569 | 143.16 | 693.53 DR |
| 08/01/2021 | Cable Fee Ref. No.: 5048570 | 60.37 | 550.37 DR |
| 08/01/2021 | Capital Reserve Fees Ref. No.: 5048571 | 50.00 | 490.00 DR |
| 07/11/2021 | Late Fee Ref. No.: 5040012 | 40.00 | 440.00 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 03/01/2022 | Association Fee Ref. No.: 5197581 | 316.18 | 3,254.92 DR |
| 03/01/2022 | Insurance Assessment Ref. No.: 5197582 | 162.82 | 2,938.74 DR |
| 03/01/2022 | Cable Fee Ref. No.: 5197583 | 51.00 | 2,775.92 DR |
| 03/01/2022 | Capital Reserve Fees Ref. No.: 5197584 | 49.83 | 2,724.92 DR |
| 02/15/2022 | Legal Owner Ref. No.: 5183780 | 131.57 | 2,675.09 DR |
| 02/11/2022 | Late Fee Ref. No.: 5186749 | 168.47 | 2,543.52 DR |
| 02/01/2022 | Association Fee Ref. No.: 5167340 | 316.18 | 2,375.05 DR |
| 02/01/2022 | Insurance Assessment Ref. No.: 5167341 | 162.82 | 2,058.87 DR |
| 02/01/2022 | Cable Fee Ref. No.: 5167342 | 51.00 | 1,896.05 DR |
| 02/01/2022 | Capital Reserve Fees Ref. No.: 5167343 | 49.83 | 1,845.05 DR |
| 01/11/2022 | Late Fee Ref. No.: 5162487 | 110.48 | 1,795.22 DR |
| 01/01/2022 | Association Fee Ref. No.: 5148097 | 316.18 | 1,684.74 DR |
| 01/01/2022 | Insurance Assessment Ref. No.: 5148098 | 162.82 | 1,368.56 DR |
| 01/01/2022 | Cable Fee Ref. No.: 5148099 | 51.00 | 1,205.74 DR |
| 01/01/2022 | Capital Reserve Fees Ref. No.: 5148100 | 49.83 | 1,154.74 DR |
| 01/01/2022 | Collections Admin Fee Ref. No.: 5157514 | 25.00 | 1,104.91 DR |
| 12/11/2021 | Late Fee Ref. No.: 5137150 | 50.00 | 1,079.91 DR |
| 12/02/2021 | Payment Ref. No.: 5129484 | -579.83 | 1,029.91 DR |
| 12/02/2021 | Payment Ref. No.: 5129485 | -579.83 | 1,609.74 DR |
| 12/01/2021 | Association Fee Ref. No.: 5127717 | 326.30 | 2,189.57 DR |
| 12/01/2021 | Insurance Assessment Ref. No.: 5127718 | 143.16 | 1,863.27 DR |
| 12/01/2021 | Cable Fee Ref. No.: 5127719 | 60.37 | 1,720.11 DR |
| 12/01/2021 | Capital Reserve Fees Ref No.: 5127720 | 50.00 | 1,659.74 DR |
| 11/11/2021 | Late Fee Ref. No.: 5114082 | 107.98 | 1,609.74 DR |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 06/06/2022 | Payment Ref. No.: 5268500 | -579.83 | 2,224.40 DR |
| 06/01/2022 | Association Fee Ref. No.: 5263323 | 316.18 | 2,804.23 DR |
| 06/01/2022 | Insurance Assessment Ref. No.: 5263324 | 162.82 | 2,488.05 DR |
| 06/01/2022 | Cable Fee Ref. No.: 5263325 | 51.00 | 2,325.23 DR |
| 06/01/2022 | Capital Reserve Fees Ref. No.: 5263326 | 49.83 | 2,274.23 DR |
| 05/11/2022 | Late Fee Ref. No.: 5252163 | 115.51 | 2,224.40 DR |
| 05/01/2022 | Association Fee Ref. No.: 5240316 | 316.18 | 2,108.89 DR |
| 05/01/2022 | Insurance Assessment Ref. No.: 5240317 | 162.82 | 1,792.71 DR |
| 05/01/2022 | Cable Fee Ref. No.: 5240318 | 51.00 | 1,629.89 DR |
| 05/01/2022 | Capital Reserve Fees Ref. No.: 5240319 | 49.83 | 1,578.89 DR |
| 04/26/2022 | Legal Owner Ref. No.: 5231050 | 248.69 | 1,529.06 DR |
| 04/11/2022 | Late Fee Ref. No.: 5230594 | 32.66 | 1,280.37 DR |
| 04/05/2022 | Payment Ref. No.: 5225150 | -579.83 | 1,247.71 DR |
| 04/05/2022 | Payment Ref. No.: 5225151 | -579.83 | 1,827.54 DR |
| 04/05/2022 | Payment Ref. No.: 5225152 | -579.83 | 2,407.37 DR |
| 04/05/2022 | Payment Ref. No.: 5225153 | -579.83 | 2,987.20 DR |
| 04/05/2022 | Payment Ref. No.: 5225154 | -579.83 | 3,567.03 DR |
| 04/01/2022 | Association Fee Ref. No.: 5218530 | 316.18 | 4,146.86 DR |
| 04/01/2022 | Insurance Assessment Ref. No.: 5218531 | 162.82 | 3,830.68 DR |
| 04/01/2022 | Cable Fee Ref. No.: 5218532 | 51.00 | 3,667.86 DR |
| 04/01/2022 | Capital Reserve Fees Ref. No.: 5218533 | 49.83 | 3,616.86 DR |
| 03/15/2022 | Notary Admin Fee Ref. No.: 5203867 | 45.00 | 3,567.03 DR |
| 03/11/2022 | Late Fee Ref. No.: 5207725 | 242.11 | 3,522.03 DR |
| 03/09/2022 | Collections Admin Fee Ref. No.: 5202774 | 25.00 | 3,279.92 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/01/2022 | Association Fee Ref. No.: 5352234 | 316.18 | 2,454.52 DR |
| 10/01/2022 | Insurance Assessment Ref. No.: 5352235 | 162.82 | 2,138.34 DR |
| 10/01/2022 | Cable Fee Ref. No.: 5352236 | 51.00 | 1,975.52 DR |
| 10/01/2022 | Capital Reserve Fees Ref. No.: 5352237 | 49.83 | 1,924.52 DR |
| 09/11/2022 | Late Fee Ref. No.: 5337208 | 57.53 | 1,874.69 DR |
| 09/06/2022 | Payment Ref. No.: 5332903 | -579.83 | 1,817.16 DR |
| 09/01/2022 | Association Fee Ref. No.: 5327909 | 316.18 | 2,396.99 DR |
| 09/01/2022 | Insurance Assessment Ref. No.: 5327910 | 162.82 | 2,080.81 DR |
| 09/01/2022 | Cable Fee Ref. No.: 5327911 | 51.00 | 1,917.99 DR |
| 09/01/2022 | Capital Reserve Fees Ref. No.: 5327912 | 49.83 | 1,866.99 DR |
| 08/11/2022 | Late Fee Ref. No.: 5317404 | 57.53 | 1,817.16 DR |
| 08/08/2022 | Payment Ref. No.: 5314505 | -579.83 | 1,759.63 DR |
| 08/01/2022 | Association Fee Ref. No.: 5308700 | 316.18 | 2,339.46 DR |
| 08/01/2022 | Insurance Assessment Ref. No.: 5308701 | 162.82 | 2,023.28 DR |
| 08/01/2022 | Cable Fee Ref. No.: 5308702 | 51.00 | 1,860.46 DR |
| 08/01/2022 | Capital Reserve Fees Ref. No.: 5308703 | 49.83 | 1,809.46 DR |
| 07/11/2022 | Late Fee Ref. No.: 5294938 | 57.53 | 1,759.63 DR |
| 07/06/2022 | Payment Ref. No.: 5293392 | -579.83 | 1,702.10 DR |
| 07/01/2022 | Association Fee Ref. No.: 5285494 | 316.18 | 2,281.93 DR |
| 07/01/2022 | Insurance Assessment Ref. No.: 5285495 | 162.82 | 1,965.75 DR |
| 07/01/2022 | Cable Fee Ref. No.: 5285496 | 51.00 | 1,802.93 DR |
| 07/01/2022 | Capital Reserve Fees Ref. No.: 5285497 | 49.83 | 1,751.93 DR |
| 06/11/2022 | Late Fee Ref. No.: 5271336 | 57.53 | 1,702.10 DR |
| 06/06/2022 | Payment Ref. No.: 5268499 | -579.83 | 1,644.57 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 02/01/2023 | Cable Fee Ref. No.: 5449111 | 57.49 | 2,531.07 DR |
| 02/01/2023 | Capital Reserve Fees Ref. No.: 5449112 | 49.82 | 2,473.58 DR |
| 01/11/2023 | Late Fee Ref. No.: 5435069 | 85.16 | 2,423.76 DR |
| 01/09/2023 | Legal Owner Ref. No.: 5431709 | 226.32 | 2,338.60 DR |
| 01/06/2023 | Payment Ref. No.: 5431562 | -595.00 | 2,112.28 DR |
| 01/01/2023 | Association Fee Ref. No.: 5425652 | 324.21 | 2,707.28 DR |
| 01/01/2023 | Insurance Assessment Ref. No.: 5425653 | 163.48 | 2,383.07 DR |
| 01/01/2023 | Cable Fee Ref. No.: 5425654 | 57.49 | 2,219.59 DR |
| 01/01/2023 | Capital Reserve Fees Ref. No.: 5425655 | 49.82 | 2,162.10 DR |
| 12/11/2022 | Late Fee Ref. No.: 5404873 | 62.53 | 2,112.28 DR |
| 12/06/2022 | Payment Ref. No.: 5402202 | -579.83 | 2,049.75 DR |
| 12/01/2022 | Association Fee Ref. No.: 5397603 | 316.18 | 2,629.58 DR |
| 12/01/2022 | Insurance Assessment Ref. No.: 5397604 | 162.82 | 2,313.40 DR |
| 12/01/2022 | Cable Fee Ref. No.: 5397605 | 51.00 | 2,150.58 DR |
| 12/01/2022 | Capital Reserve Fees Ref. No.: 5397606 | 49.83 | 2,099.58 DR |
| 11/11/2022 | Late Fee Ref. No.: 5387368 | 62.53 | 2,049.75 DR |
| 11/07/2022 | Payment Ref. No.: 5381876 | -579.83 | 1,987.22 DR |
| 11/01/2022 | Association Fee Ref. No.: 5373835 | 316.18 | 2,567.05 DR |
| 11/01/2022 | Insurance Assessment Ref. No.: 5373836 | 162.82 | 2,250.87 DR |
| 11/01/2022 | Cable Fee Ref. No.: 5373837 | 51.00 | 2,088.05 DR |
| 11/01/2022 | Capital Reserve Fees Ref. No.: 5373838 | 49.83 | 2,037.05 DR |
| 10/11/2022 | Late Fee Ref. No.: 5363649 | 62.53 | 1,987.22 DR |
| 10/11/2022 | Owner Fines Ref. No.: 5360330 | 50.00 | 1,924.69 DR |
| 10/06/2022 | Payment Ref. No.: 5359629 | -579.83 | 1,874.69 DR |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 05/08/2023 | Payment Ref. No.: 5529438 | -595.00 | 4,797.11 DR |
| 05/01/2023 | Association Fee Ref. No.: 5520552 | 324.21 | 5,392.11 DR |
| 05/01/2023 | Insurance Assessment Ref. No.: 5520553 | 163.48 | 5,067.90 DR |
| 05/01/2023 | Cable Fee Ref. No.: 5520554 | 57.49 | 4,904.42 DR |
| 05/01/2023 | 2023 Insurance Shortfall Ref. No.: 5520555 | 641.78 | 4,846.93 DR |
| 05/01/2023 | Capital Reserve Fees Ref. No.: 5520556 | 49.82 | 4,205.15 DR |
| 04/11/2023 | Late Fee Ref. No.: 5507724 | 213.51 | 4,155.33 DR |
| 04/06/2023 | Payment Ref. No.: 5506853 | -595.00 | 3,941.82 DR |
| 04/01/2023 | Association Fee Ref. No.: 5496490 | 324.21 | 4,536.82 DR |
| 04/01/2023 | Insurance Assessment Ref. No.: 5496491 | 163.48 | 4,212.61 DR |
| 04/01/2023 | Cable Fee Ref. No.: 5496492 | 57.49 | 4,049.13 DR |
| 04/01/2023 | 2023 Insurance Shortfall Ref. No.: 5496493 | 641.78 | 3,991.64 DR |
| 04/01/2023 | Capital Reserve Fees Ref. No.: 5496494 | 49.82 | 3,349.86 DR |
| 03/11/2023 | Late Fee Ref. No.: 5481975 | 149.34 | 3,300.04 DR |
| 03/06/2023 | Payment Ref. No.: 5477356 | -595.00 | 3,150.70 DR |
| 03/01/2023 | Association Fee Ref. No.: 5470615 | 324.21 | 3,745.70 DR |
| 03/01/2023 | Insurance Assessment Ref. No.: 5470616 | 163.48 | 3,421.49 DR |
| 03/01/2023 | Cable Fee Ref. No.: 5470617 | 57.49 | 3,258.01 DR |
| 03/01/2023 | 2023 Insurance Shortfall Ref. No.: 5470618 | 641.78 | 3,200.52 DR |
| 03/01/2023 | Capital Reserve Fees Ref. No.: 5470619 | 49.82 | 2,558.74 DR |
| 02/11/2023 | Late Fee Ref. No.: 5460149 | 85.16 | 2,508.92 DR |
| 02/06/2023 | Payment Ref. No.: 5454261 | -595.00 | 2,423.76 DR |
| 02/01/2023 | Association Fee Ref. No.: 5449109 | 324.21 | 3,018.76 DR |
| 02/01/2023 | Insurance Assessment Ref. No.: 5449110 | 163.48 | 2,694.55 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 08/11/2023 | Late Fee Ref. No.: 5606893 | 534.73 | 8,992.29 DR |
| 08/08/2023 | Payment Ref. No.: 5605397 | -595.00 | 8,457.56 DR |
| 08/01/2023 | Association Fee Ref. No.: 5596349 | 324.21 | 9,052.56 DR |
| 08/01/2023 | Insurance Assessment Ref. No.: 5596350 | 163.48 | 8,728.35 DR |
| 08/01/2023 | Cable Fee Ref. No.: 5596351 | 57.49 | 8,564.87 DR |
| 08/01/2023 | 2023 Insurance Shortfall Ref. No.: 5596352 | 641.78 | 8,507.38 DR |
| 08/01/2023 | Capital Reserve Fees Ref. No.: 5596353 | 49.82 | 7,865.60 DR |
| 07/11/2023 | Return Item Fee Ref. No.: 5581904 | 50.00 | 7,815.78 DR |
| 07/11/2023 | Returned Check Ref. No.: 5581905 | 595.00 | 7,765.78 DR |
| 07/11/2023 | Late Fee Ref. No.: 5582231 | 470.55 | 7,170.78 DR |
| 07/06/2023 | Payment Ref. No.: 5580321 | -595.00 | 6,700.23 DR |
| 07/01/2023 | Association Fee Ref. No.: 5563999 | 324.21 | 7,295.23 DR |
| 07/01/2023 | Insurance Assessment Ref. No.: 5564000 | 163.48 | 6,971.02 DR |
| 07/01/2023 | Cable Fee Ref. No.: 5564001 | 57.49 | 6,807.54 DR |
| 07/01/2023 | 2023 Insurance Shortfall Ref. No.: 5564002 | 641.78 | 6,750.05 DR |
| 07/01/2023 | Capital Reserve Fees Ref. No.: 5564003 | 49.82 | 6,108.27 DR |
| 06/11/2023 | Late Fee Ref. No.: 5554123 | 341.87 | 6,058.45 DR |
| 06/06/2023 | Payment Ref. No.: 5551822 | -595.00 | 5,716.58 DR |
| 06/01/2023 | Association Fee Ref. No.: 5544480 | 324.21 | 6,311.58 DR |
| 06/01/2023 | Insurance Assessment Ref. No.: 5544481 | 163.48 | 5,987.37 DR |
| 06/01/2023 | Cable Fee Ref. No.: 5544482 | 57.49 | 5,823.89 DR |
| 06/01/2023 | 2023 Insurance Shortfall Ref. No.: 5544483 | 641.78 | 5,766.40 DR |
| 06/01/2023 | Capital Reserve Fees Ref. No.: 5544484 | 49.82 | 5,124.62 DR |
| 05/11/2023 | Late Fee Ref. No.: 5530638 | 277.69 | 5,074.80 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/11/2023 | Late Fee Ref. No.: 5683470 | 677.81 | 12,173.94 DR |
| 11/06/2023 | Payment Ref. No.: 5677721 | -595.00 | 11,496.13 DR |
| 11/06/2023 | Legal Owner Ref. No.: 5675559 | 199.50 | 12,091.13 DR |
| 11/01/2023 | Association Fee Ref. No.: 5672212 | 324.21 | 11,891.63 DR |
| 11/01/2023 | Insurance Assessment Ref. No.: 5672213 | 163.48 | 11,567.42 DR |
| 11/01/2023 | Cable Fee Ref. No.: 5672214 | 57.49 | 11,403.94 DR |
| 11/01/2023 | Capital Reserve Fees Ref. No.: 5672215 | 49.82 | 11,346.45 DR |
| 10/23/2023 | Collections Admin Fee Ref. No.: 5659778 | 35.00 | 11,296.63 DR |
| 10/16/2023 | Legal Owner Ref. No.: 5657136 | 516.38 | 11,261.63 DR |
| 10/12/2023 | Return Item Fee Ref. No.: 5656412 | 50.00 | 10,745.25 DR |
| 10/12/2023 | Returned Check Ref. No.: 5656413 | 595.00 | 10,695.25 DR |
| 10/11/2023 | Late Fee Ref. No.: 5657205 | 538.23 | 10,100.25 DR |
| 10/06/2023 | Payment Ref. No.: 5655093 | -595.00 | 9,562.02 DR |
| 10/01/2023 | Association Fee Ref. No.: 5645158 | 324.21 | 10,157.02 DR |
| 10/01/2023 | Insurance Assessment Ref. No.: 5645159 | 163.48 | 9,832.81 DR |
| 10/01/2023 | Cable Fee Ref. No.: 5645160 | 57.49 | 9,669.33 DR |
| 10/01/2023 | Capital Reserve Fees Ref. No.: 5645161 | 49.82 | 9,611.84 DR |
| 09/28/2023 | Collections Admin Fee Ref. No.: 5649405 | 35.00 | 9,562.02 DR |
| 09/11/2023 | Late Fee Ref. No.: 5631296 | 534.73 | 9,527.02 DR |
| 09/06/2023 | Payment Ref. No.: 5629632 | -595.00 | 8,992.29 DR |
| 09/01/2023 | Association Fee Ref. No.: 5622407 | 324.21 | 9,587.29 DR |
| 09/01/2023 | Insurance Assessment Ref. No.: 5622408 | 163.48 | 9,263.08 DR |
| 09/01/2023 | Cable Fee Ref. No.: 5622409 | 57.49 | 9,099.60 DR |
| 09/01/2023 | Capital Reserve Fees Ref. No.: 5622410 | 49.82 | 9,042.11 DR |

| Date | Description | Amount | Balance |
|------|-------------|-------:|--------:|
| 02/11/2024 | Late Fee Ref. No.: 5766429 | 825.24 | 16,607.05 DR |
| 02/09/2024 | Return Item Fee Ref. No.: 5809110 | 50.00 | 15,781.81 DR |
| 02/09/2024 | Returned Check Ref. No.: 5809111 | 595.00 | 15,731.81 DR |
| 02/07/2024 | Legal Owner Ref. No.: 5762286 | 129.25 | 15,136.81 DR |
| 02/06/2024 | Payment Ref. No.: 5762206 | -595.00 | 15,007.56 DR |
| 02/01/2024 | Association Fee Ref. No.: 5755292 | 324.21 | 15,602.56 DR |
| 02/01/2024 | Capital Reserve Fees Ref. No.: 5755293 | 49.82 | 15,278.35 DR |
| 02/01/2024 | Insurance Assessment Ref. No.: 5755294 | 163.48 | 15,228.53 DR |
| 02/01/2024 | Cable Fee Ref. No.: 5755295 | 57.49 | 15,065.05 DR |
| 01/26/2024 | Collections Admin Fee Ref. No.: 5744038 | 35.00 | 15,007.56 DR |
| 01/11/2024 | Late Fee Ref. No.: 5739121 | 744.31 | 14,972.56 DR |
| 01/11/2024 | Return Item Fee Ref. No.: 5741055 | 50.00 | 14,228.25 DR |
| 01/11/2024 | Returned Check Ref. No.: 5741056 | 595.00 | 14,178.25 DR |
| 01/08/2024 | Payment Ref. No.: 5737393 | -595.00 | 13,583.25 DR |
| 01/01/2024 | Association Fee Ref. No.: 5726678 | 324.21 | 14,178.25 DR |
| 01/01/2024 | Capital Reserve Fees Ref. No.: 5726679 | 49.82 | 13,854.04 DR |
| 01/01/2024 | Insurance Assessment Ref. No.: 5726680 | 163.48 | 13,804.22 DR |
| 01/01/2024 | Cable Fee Ref. No.: 5726681 | 57.49 | 13,640.74 DR |
| 12/11/2023 | Late Fee Ref. No.: 5707627 | 744.31 | 13,583.25 DR |
| 12/08/2023 | Legal Owner Ref. No.: 5706738 | 70.00 | 12,838.94 DR |
| 12/01/2023 | Association Fee Ref. No.: 5697412 | 324.21 | 12,768.94 DR |
| 12/01/2023 | Insurance Assessment Ref. No.: 5697413 | 163.48 | 12,444.73 DR |
| 12/01/2023 | Cable Fee Ref. No.: 5697414 | 57.49 | 12,281.25 DR |
| 12/01/2023 | Capital Reserve Fees Ref. No.: 5697415 | 49.82 | 12,223.76 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 05/01/2024 | 2024 Insurance Shortfall Ref. No.: 5830160 | 402.15 | 21,107.65 DR |
| 05/01/2024 | Association Fee Ref. No.: 5830161 | 324.21 | 20,705.50 DR |
| 05/01/2024 | Capital Reserve Fees Ref. No.: 5830162 | 49.82 | 20,381.29 DR |
| 05/01/2024 | Insurance Assessment Ref. No.: 5830163 | 163.48 | 20,331.47 DR |
| 05/01/2024 | Cable Fee Ref. No.: 5830164 | 57.49 | 20,167.99 DR |
| 04/11/2024 | Late Fee Ref. No.: 5816660 | 990.04 | 20,110.50 DR |
| 04/08/2024 | Payment Ref. No.: 5815386 | -595.00 | 19,120.46 DR |
| 04/05/2024 | Legal Owner Ref. No.: 5813501 | 101.43 | 19,715.46 DR |
| 04/01/2024 | 2024 Insurance Shortfall Ref. No.: 5804261 | 402.15 | 19,614.03 DR |
| 04/01/2024 | Association Fee Ref. No.: 5804262 | 324.21 | 19,211.88 DR |
| 04/01/2024 | Capital Reserve Fees Ref. No.: 5804263 | 49.82 | 18,887.67 DR |
| 04/01/2024 | Insurance Assessment Ref. No.: 5804264 | 163.48 | 18,837.85 DR |
| 04/01/2024 | Cable Fee Ref. No.: 5804265 | 57.49 | 18,674.37 DR |
| 03/18/2024 | Collections Admin Fee Ref. No.: 5790527 | 35.00 | 18,616.88 DR |
| 03/18/2024 | Legal Owner Ref. No.: 5790441 | 62.23 | 18,581.88 DR |
| 03/11/2024 | Late Fee Ref. No.: 5789065 | 865.45 | 18,519.65 DR |
| 03/11/2024 | Return Item Fee Ref. No.: 5818737 | 50.00 | 17,654.20 DR |
| 03/11/2024 | Returned Check Ref. No.: 5818738 | 595.00 | 17,604.20 DR |
| 03/06/2024 | Payment Ref. No.: 5786066 | -595.00 | 17,009.20 DR |
| 03/01/2024 | 2024 Insurance Shortfall Ref. No.: 5779632 | 402.15 | 17,604.20 DR |
| 03/01/2024 | Association Fee Ref. No.: 5779633 | 324.21 | 17,202.05 DR |
| 03/01/2024 | Capital Reserve Fees Ref. No.: 5779634 | 49.82 | 16,877.84 DR |
| 03/01/2024 | Insurance Assessment Ref. No.: 5779635 | 163.48 | 16,828.02 DR |
| 03/01/2024 | Cable Fee Ref. No.: 5779636 | 57.49 | 16,664.54 DR |

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 08/01/2024 | Capital Reserve Fees Ref. No.: 5907524 | 49.82 | 26,363.85 DR |
| 08/01/2024 | Insurance Assessment Ref. No.: 5907525 | 163.48 | 26,314.03 DR |
| 08/01/2024 | Cable Fee Ref. No.: 5907526 | 57.49 | 26,150.55 DR |
| 07/11/2024 | Late Fee Ref. No.: 5894752 | 1,235.98 | 26,093.06 DR |
| 07/11/2024 | Return Item Fee Ref. No.: 5897729 | 50.00 | 24,857.08 DR |
| 07/11/2024 | Returned Check Ref. No.: 5897730 | 595.00 | 24,807.08 DR |
| 07/08/2024 | Payment Ref. No.: 5892834 | -595.00 | 24,212.08 DR |
| 07/03/2024 | Legal Owner Ref. No.: 5890218 | 34.00 | 24,807.08 DR |
| 07/01/2024 | 2024 Insurance Shortfall Ref. No.: 5883057 | 402.15 | 24,773.08 DR |
| 07/01/2024 | Association Fee Ref. No.: 5883058 | 324.21 | 24,370.93 DR |
| 07/01/2024 | Capital Reserve Fees Ref. No.: 5883059 | 49.82 | 24,046.72 DR |
| 07/01/2024 | Insurance Assessment Ref. No.: 5883060 | 163.48 | 23,996.90 DR |
| 07/01/2024 | Cable Fee Ref. No.: 5883061 | 57.49 | 23,833.42 DR |
| 06/11/2024 | Late Fee Ref. No.: 5867023 | 1,192.37 | 23,775.93 DR |
| 06/07/2024 | Legal Owner Ref. No.: 5865552 | 147.91 | 22,583.56 DR |
| 06/06/2024 | Payment Ref. No.: 5865534 | -595.00 | 22,435.65 DR |
| 06/01/2024 | 2024 Insurance Shortfall Ref. No.: 5854794 | 402.15 | 23,030.65 DR |
| 06/01/2024 | Association Fee Ref. No.: 5854795 | 324.21 | 22,628.50 DR |
| 06/01/2024 | Capital Reserve Fees Ref. No.: 5854796 | 49.82 | 22,304.29 DR |
| 06/01/2024 | Insurance Assessment Ref. No.: 5854797 | 163.48 | 22,254.47 DR |
| 06/01/2024 | Cable Fee Ref. No.: 5854798 | 57.49 | 22,090.99 DR |
| 05/20/2024 | Legal Owner Ref. No.: 5842292 | 426.10 | 22,033.50 DR |
| 05/11/2024 | Late Fee Ref. No.: 5840787 | 1,094.75 | 21,607.40 DR |
| 05/06/2024 | Payment Ref. No.: 5838722 | -595.00 | 20,512.65 DR |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/01/2024 | Insurance Assessment Ref. No.: 5979967 | 163.48 | 35,322.45 DR |
| 11/01/2024 | Cable Fee Ref. No.: 5979968 | 57.49 | 35,158.97 DR |
| 10/17/2024 | Collections Admin Fee Ref. No.: 5968521 | 40.00 | 35,101.48 DR |
| 10/15/2024 | Return Item Fee Ref. No.: 5967492 | 50.00 | 35,061.48 DR |
| 10/15/2024 | Returned Check Ref. No.: 5967493 | 595.00 | 35,011.48 DR |
| 10/11/2024 | Late Fee Ref. No.: 5967523 | 1,674.10 | 34,416.48 DR |
| 10/07/2024 | Payment Ref. No.: 5965807 | -595.00 | 32,742.38 DR |
| 10/03/2024 | Legal Owner Ref. No.: 5963305 | 1,611.16 | 33,337.38 DR |
| 10/01/2024 | Association Fee Ref. No.: 5955983 | 324.21 | 31,726.22 DR |
| 10/01/2024 | Capital Reserve Fees Ref. No.: 5955984 | 49.82 | 31,402.01 DR |
| 10/01/2024 | Insurance Assessment Ref. No.: 5955985 | 163.48 | 31,352.19 DR |
| 10/01/2024 | Cable Fee Ref. No.: 5955986 | 57.49 | 31,188.71 DR |
| 09/11/2024 | Late Fee Ref. No.: 5943845 | 1,512.98 | 31,131.22 DR |
| 09/11/2024 | Return Item Fee Ref. No.: 5941106 | 50.00 | 29,618.24 DR |
| 09/11/2024 | Returned Check Ref. No.: 5941107 | 595.00 | 29,568.24 DR |
| 09/06/2024 | Payment Ref. No.: 5941108 | -595.00 | 28,973.24 DR |
| 09/05/2024 | Legal Owner Ref. No.: 5938381 | 482.83 | 29,568.24 DR |
| 09/01/2024 | Association Fee Ref. No.: 5932058 | 324.21 | 29,085.41 DR |
| 09/01/2024 | Capital Reserve Fees Ref. No.: 5932059 | 49.82 | 28,761.20 DR |
| 09/01/2024 | Insurance Assessment Ref. No.: 5932060 | 163.48 | 28,711.38 DR |
| 09/01/2024 | Cable Fee Ref. No.: 5932061 | 57.49 | 28,547.90 DR |
| 08/11/2024 | Late Fee Ref. No.: 5917135 | 1,400.20 | 28,490.41 DR |
| 08/01/2024 | 2024 Insurance Shortfall Ref. No.: 5907522 | 402.15 | 27,090.21 DR |
| 08/01/2024 | Association Fee Ref. No.: 5907523 | 324.21 | 26,688.06 DR |

# ACCOUNT STATEMENT

**The Spa**

01/08/2025 2:28 pm

## Resident Details

**Name :** Jacqueline E. Ard

**Account#** 57251

**Address :** 3218 239 Beach City Road

| Date | Description | Amount | Balance |
|---|---|---|---|
| 01/03/2025 | Legal Owner Ref. No.: 6035891 | 305.29 | 42,136.79 DR |
| 01/01/2025 | Cable Fee Ref. No.: 6024411 | 66.00 | 41,831.50 DR |
| 01/01/2025 | Association Fee Ref. No.: 6024412 | 326.00 | 41,765.50 DR |
| 01/01/2025 | Capital Reserve Fees Ref. No.: 6024413 | 70.00 | 41,439.50 DR |
| 01/01/2025 | Insurance Assessment Ref. No.: 6024414 | 163.00 | 41,369.50 DR |
| 12/11/2024 | Late Fee Ref. No.: 6011133 | 1,970.34 | 41,206.50 DR |
| 12/04/2024 | Legal Owner Ref. No.: 6006550 | 261.50 | 39,236.16 DR |
| 12/01/2024 | Association Fee Ref. No.: 6000673 | 324.21 | 38,974.66 DR |
| 12/01/2024 | Capital Reserve Fees Ref. No.: 6000674 | 49.82 | 38,650.45 DR |
| 12/01/2024 | Insurance Assessment Ref. No.: 6000675 | 163.48 | 38,600.63 DR |
| 12/01/2024 | Cable Fee Ref. No.: 6000676 | 57.49 | 38,437.15 DR |
| 11/25/2024 | Legal Owner Ref. No.: 6003274 | 275.00 | 38,379.66 DR |
| 11/11/2024 | Late Fee Ref. No.: 5987938 | 1,857.19 | 38,104.66 DR |
| 11/04/2024 | Legal Owner Ref. No.: 5984043 | 550.99 | 36,247.47 DR |
| 11/01/2024 | Association Fee Ref. No.: 5979965 | 324.21 | 35,696.48 DR |
| 11/01/2024 | Capital Reserve Fees Ref. No.: 5979966 | 49.82 | 35,372.27 DR |

M Gmail

**Jean Ard <jacquelineard25@gmail.com>**

---

## Homeowners Statement
1 message

---

**thespa@mygreencondo.net** <thespa@mygreencondo.net>
To: jacquelineard25@gmail.com

Wed, Jan 1, 2025 at 11:37 AM

---

### Homeowner Account Statement

 

**Dear Jacqueline E.,**

Your monthly statement is ready to view online. To view, please log into your account (www.mygreencondo.net/thespa) and click on "My Statement" under the "My Profile" card on your dashboard.

Payments are due on the 1st however; you have until the 10th of the month to make your payment before a 10% late fee is assessed to your account. Please keep in mind that late fees are processed on a monthly basis.

You will need the following to make a payment on our website:
Management ID: 788
Association ID: 930

If you are set up on recurring Echeck, your regime fee will be automatically drafted on the date you have it set up.

Here are some key pieces of information from your account:

| | |
|---|---|
| Address | 239 Beach City Road, Unit# 3218 |
| Account No. | 57251 |
| Statement As of Date | 01/01/2025 |
| Payment Due Date | 01/01/2025 |

Balance Due

---

**CLICK HERE TO LOG IN**

**M** Gmail                                                    Jean Ard <jacquelineard25@gmail.com>

---

**Homeowners Statement**
1 message

---

thespa@mygreencondo.net <thespa@mygreencondo.net>                       Fri, Jan 3, 2025 at 1:19 PM
To: jacquelineard25@gmail.com

Homeowner Account Statement



**Dear Jacqueline E.,**

Your monthly statement is ready to view online. To view, please log into your
account (www.mygreencondo.net/thespa) and click on "My Statement" under the
"My Profile" card on your dashboard.

Payments are due on the 1st however; you have until the 10th of the month to
make your payment before a 10% late fee is assessed to your account. Please
keep in mind that late fees are processed on a monthly basis.

You will need the following to make a payment on our website:
Management ID: 788
Association ID: 930

If you are set up on recurring Echeck, your regime fee will be automatically
drafted on the date you have it set up.

Here are some key pieces of information from your account:

| | |
|---|---|
| Address | 239 Beach City Road, Unit# 3218 |
| Account No. | 57251 |
| Statement As of Date | 01/03/2025 |
| Payment Due Date | 01/01/2025 |

Balance Due

---

CLICK HERE TO LOG IN

---

M Gmail

Jean Ard <jacquelineard25@gmail.com>

---

## Homeowners Statement
1 message

**thespa@mygreencondo.net** <thespa@mygreencondo.net>
To: jacquelineard25@gmail.com

Sun, Feb 2, 2025 at 11:38 AM

### Homeowner Account Statement

 

### Dear Jacqueline E.,

Your monthly statement is ready to view online. To view, please log into your account (www.mygreencondo.net/thespa) and click on "My Statement" under the "My Profile" card on your dashboard.

Payments are due on the 1st however; you have until the 10th of the month to make your payment before a 10% late fee is assessed to your account. Please keep in mind that late fees are processed on a monthly basis.

You will need the following to make a payment on our website:
Management ID: 788
Association ID: 930

If you are set up on recurring Echeck, your regime fee will be automatically drafted on the date you have it set up.

Here are some key pieces of information from your account:

| | |
|---|---|
| Address | 239 Beach City Road, Unit# 3218 |
| Account No. | 57251 |
| Statement As of Date | 02/02/2025 |
| Payment Due Date | 02/01/2025 |

Balance Due

---

CLICK HERE TO LOG IN

M Gmail

Jean Ard <jacquelineard25@gmail.com>

---

## Homeowners Statement
1 message

**thespa@mygreencondo.net** <thespa@mygreencondo.net>
To: jacquelineard25@gmail.com

Sun, Mar 2, 2025 at 11:30 AM

### Homeowner Account Statement

 

Dear Jacqueline E.,

Your monthly statement is ready to view online. To view, please log into your account (www.mygreencondo.net/thespa) and click on "My Statement" under the "My Profile" card on your dashboard.

Payments are due on the 1st however; you have until the 10th of the month to make your payment before a 10% late fee is assessed to your account. Please keep in mind that late fees are processed on a monthly basis.

You will need the following to make a payment on our website:
Management ID: 788
Association ID: 930

If you are set up on recurring Echeck, your regime fee will be automatically drafted on the date you have it set up.

Here are some key pieces of information from your account:

| | |
|---|---|
| Address | 239 Beach City Road, Unit# 3218 |
| Account No. | 57251 |
| Statement As of Date | 03/02/2025 |
| Payment Due Date | 03/01/2025 |

Balance Due

---

CLICK HERE TO LOG IN

# The Spa on Port Royal Sound

2 Corpus Christi, Suite #302

Hilton Head Island, SC 29928

The Spa on Port Royal Sound
c/o IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928
Phone:  843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 7/27/2021 |

*Make checks payable to your association*

Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, MI 48076

**Send all payment to:**
The Spa on Port Royal Sound, HPR
c/o IMC Resort Services, Inc
P.O. Box 95187
Las Vegas, NV 89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| 5/12/2021 | Payment | -1,159.66 | -1,159.66 | closing ch paying June/July  fees |
| 6/1/2021 | Association Fee | 326.30 | -833.36 | Association Fee |
| 6/1/2021 | Cable Fee | 60.37 | -772.99 | Cable/Internet Fee |
| 6/1/2021 | Capital Reserve Fees | 50.00 | -722.99 | Capital Reserve Fee |
| 6/1/2021 | Insurance Assessment | 143.16 | -579.83 | Insurance Fee |
| 6/1/2021 | Owner Fines | 400.00 | -179.83 | 06/01/21: *Rules and Regulations |
| 7/1/2021 | Association Fee | 326.30 | 146.47 | Association Fee |
| 7/1/2021 | Cable Fee | 60.37 | 206.84 | Cable/Internet Fee |
| 7/1/2021 | Capital Reserve Fees | 50.00 | 256.84 | Capital Reserve Fee |
| 7/1/2021 | Insurance Assessment | 143.16 | 400.00 | Insurance Fee |
| 7/11/2021 | Late Fee | 40.00 | 440.00 | Notice of Payment Due |

## Pay This Amount: $440.00

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

# The Spa on Port Royal Sound

2 Corpus Christi, Suite #302

Hilton Head Island, SC 29928

The Spa on Port Royal Sound
c/o IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928
Phone:  843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 8/25/2021 |

*Make checks payable to your association*

Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, MI 48076

**Send all payment to:**
The Spa on Port Royal Sound, HPR
c/o IMC Resort Services, Inc
P.O. Box 95187
Las Vegas, NV  89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| 5/12/2021 | Payment | -1,159.66 | -1,159.66 | closing ch paying June/July fees |
| 6/1/2021 | Association Fee | 326.30 | -833.36 | Association Fee |
| 6/1/2021 | Cable Fee | 60.37 | -772.99 | Cable/Internet Fee |
| 6/1/2021 | Capital Reserve Fees | 50.00 | -722.99 | Capital Reserve Fee |
| 6/1/2021 | Insurance Assessment | 143.16 | -579.83 | Insurance Fee |
| 6/1/2021 | Owner Fines | 400.00 | -179.83 | 06/01/21: *Rules and Regulations |
| 7/1/2021 | Association Fee | 326.30 | 146.47 | Association Fee |
| 7/1/2021 | Cable Fee | 60.37 | 206.84 | Cable/Internet Fee |
| 7/1/2021 | Capital Reserve Fees | 50.00 | 256.84 | Capital Reserve Fee |
| 7/1/2021 | Insurance Assessment | 143.16 | 400.00 | Insurance Fee |
| 7/11/2021 | Late Fee | 40.00 | 440.00 | Notice of Payment Due |
| 8/1/2021 | Association Fee | 326.30 | 766.30 | Association Fee |
| 8/1/2021 | Cable Fee | 60.37 | 826.67 | Cable/Internet Fee |
| 8/1/2021 | Capital Reserve Fees | 50.00 | 876.67 | Capital Reserve Fee |
| 8/1/2021 | Insurance Assessment | 143.16 | 1,019.83 | Insurance Fee |
| 8/2/2021 | Owner Fines | 100.00 | 1,119.83 | 08/02/21: Updated Assistance/ |
| 8/11/2021 | Late Fee | 107.98 | 1,227.81 | z 2nd Notice of Payment Due |

**Pay This Amount: $1,227.81**

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

# The Spa on Port Royal Sound

2 Corpus Christi, Suite #302

Hilton Head Island, SC 29928

The Spa on Port Royal Sound

c/o IMC Resort Services, Inc

2 Corpus Christi, Suite #302

Hilton Head Island, SC 29928

Phone: 843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 9/20/2021 |

*Make checks payable to your association*

Jacqueline E. Ard

21215 Dartmouth Drive

Southfield, MI 48076

**Send all payment to:**

The Spa on Port Royal Sound, HPR

c/o IMC Resort Services, Inc

P.O. Box 95187

Las Vegas, NV 89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| | | Balance Forward: | -1,159.66 | |
| 6/1/2021 | Association Fee | 326.30 | -833.36 | Association Fee |
| 6/1/2021 | Cable Fee | 60.37 | -772.99 | Cable/Internet Fee |
| 6/1/2021 | Capital Reserve Fees | 50.00 | -722.99 | Capital Reserve Fee |
| 6/1/2021 | Insurance Assessment | 143.16 | -579.83 | Insurance Fee |
| 6/1/2021 | Owner Fines | 400.00 | -179.83 | 06/01/21: *Rules and Regulations |
| 7/1/2021 | Association Fee | 326.30 | 146.47 | Association Fee |
| 7/1/2021 | Cable Fee | 60.37 | 206.84 | Cable/Internet Fee |
| 7/1/2021 | Capital Reserve Fees | 50.00 | 256.84 | Capital Reserve Fee |
| 7/1/2021 | Insurance Assessment | 143.16 | 400.00 | Insurance Fee |
| 7/11/2021 | Late Fee | 40.00 | 440.00 | Notice of Payment Due |
| 8/1/2021 | Association Fee | 326.30 | 766.30 | Association Fee |
| 8/1/2021 | Cable Fee | 60.37 | 826.67 | Cable/Internet Fee |
| 8/1/2021 | Capital Reserve Fees | 50.00 | 876.67 | Capital Reserve Fee |
| 8/1/2021 | Insurance Assessment | 143.16 | 1,019.83 | Insurance Fee |
| 8/2/2021 | Owner Fines | 100.00 | 1,119.83 | 08/02/21: Updated Assistance/ |
| 8/11/2021 | Late Fee | 107.98 | 1,227.81 | z 2nd Notice of Payment Due |
| 9/1/2021 | Association Fee | 326.30 | 1,554.11 | Association Fee |
| 9/1/2021 | Cable Fee | 60.37 | 1,614.48 | Cable/Internet Fee |
| 9/1/2021 | Capital Reserve Fees | 50.00 | 1,664.48 | Capital Reserve Fee |
| 9/1/2021 | Insurance Assessment | 143.16 | 1,807.64 | Insurance Fee |
| 9/11/2021 | Late Fee | 165.97 | 1,973.61 | Final Notice of Payment Due |

**Pay This Amount: $1,973.61**

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

# The Spa on Port Royal Sound

2 Corpus Christi, Suite #302

Hilton Head Island, SC 29928

The Spa on Port Royal Sound
c/o IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928
Phone: 843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 10/25/2021 |

*Make checks payable to your association*

Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, MI 48076

**Send all payment to:**
The Spa on Port Royal Sound, HPR
c/o IMC Resort Services, Inc
P.O. Box 95187
Las Vegas, NV 89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| | Balance Forward: | | -179.83 | |
| 7/1/2021 | Association Fee | 326.30 | 146.47 | Association Fee |
| 7/1/2021 | Cable Fee | 60.37 | 206.84 | Cable/Internet Fee |
| 7/1/2021 | Capital Reserve Fees | 50.00 | 256.84 | Capital Reserve Fee |
| 7/1/2021 | Insurance Assessment | 143.16 | 400.00 | Insurance Fee |
| 7/11/2021 | Late Fee | 40.00 | 440.00 | Notice of Payment Due |
| 8/1/2021 | Association Fee | 326.30 | 766.30 | Association Fee |
| 8/1/2021 | Cable Fee | 60.37 | 826.67 | Cable/Internet Fee |
| 8/1/2021 | Capital Reserve Fees | 50.00 | 876.67 | Capital Reserve Fee |
| 8/1/2021 | Insurance Assessment | 143.16 | 1,019.83 | Insurance Fee |
| 8/2/2021 | Owner Fines | 100.00 | 1,119.83 | 08/02/21: Updated Assistance/ |
| 8/11/2021 | Late Fee | 107.98 | 1,227.81 | z 2nd Notice of Payment Due |
| 9/1/2021 | Association Fee | 326.30 | 1,554.11 | Association Fee |
| 9/1/2021 | Cable Fee | 60.37 | 1,614.48 | Cable/Internet Fee |
| 9/1/2021 | Capital Reserve Fees | 50.00 | 1,664.48 | Capital Reserve Fee |
| 9/1/2021 | Insurance Assessment | 143.16 | 1,807.64 | Insurance Fee |
| 9/11/2021 | Late Fee | 165.97 | 1,973.61 | Final Notice of Payment Due |
| 9/21/2021 | Payment | -579.83 | 1,393.78 | AAFSLB-092121.txt |
| 9/21/2021 | Payment | -579.83 | 813.95 | AAFSLB-092121.txt |
| 10/1/2021 | Association Fee | 326.30 | 1,140.25 | Association Fee |
| 10/1/2021 | Cable Fee | 60.37 | 1,200.62 | Cable/Internet Fee |
| 10/1/2021 | Capital Reserve Fees | 50.00 | 1,250.62 | Capital Reserve Fee |
| 10/1/2021 | Insurance Assessment | 143.16 | 1,393.78 | Insurance Fee |
| 10/11/2021 | Late Fee | 107.98 | 1,501.76 | Pre-Legal |

**Pay This Amount: $1,501.76**

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

## The Spa on Port Royal Sound
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

The Spa on Port Royal Sound
c/o IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928
Phone: 843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 11/19/2021 |

*Make checks payable to your association*

Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, MI 48076

**Send all payment to:**

The Spa on Port Royal Sound, HPR
c/o IMC Resort Services, Inc
P.O. Box 95187
Las Vegas, NV  89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| | | Balance Forward: | 440.00 | |
| 8/1/2021 | Association Fee | 326.30 | 766.30 | Association Fee |
| 8/1/2021 | Cable Fee | 60.37 | 826.67 | Cable/Internet Fee |
| 8/1/2021 | Capital Reserve Fees | 50.00 | 876.67 | Capital Reserve Fee |
| 8/1/2021 | Insurance Assessment | 143.16 | 1,019.83 | Insurance Fee |
| 8/2/2021 | Owner Fines | 100.00 | 1,119.83 | 08/02/21: Updated Assistance/ |
| 8/11/2021 | Late Fee | 107.98 | 1,227.81 | z 2nd Notice of Payment Due |
| 9/1/2021 | Association Fee | 326.30 | 1,554.11 | Association Fee |
| 9/1/2021 | Cable Fee | 60.37 | 1,614.48 | Cable/Internet Fee |
| 9/1/2021 | Capital Reserve Fees | 50.00 | 1,664.48 | Capital Reserve Fee |
| 9/1/2021 | Insurance Assessment | 143.16 | 1,807.64 | Insurance Fee |
| 9/11/2021 | Late Fee | 165.97 | 1,973.61 | Final Notice of Payment Due |
| 9/21/2021 | Payment | -579.83 | 1,393.78 | AAFSLB-092121.txt |
| 9/21/2021 | Payment | -579.83 | 813.95 | AAFSLB-092121.txt |
| 10/1/2021 | Association Fee | 326.30 | 1,140.25 | Association Fee |
| 10/1/2021 | Cable Fee | 60.37 | 1,200.62 | Cable/Internet Fee |
| 10/1/2021 | Capital Reserve Fees | 50.00 | 1,250.62 | Capital Reserve Fee |
| 10/1/2021 | Insurance Assessment | 143.16 | 1,393.78 | Insurance Fee |
| 10/11/2021 | Late Fee | 107.98 | 1,501.76 | Pre-Legal |
| 11/1/2021 | Association Fee | 326.30 | 1,828.06 | Association Fee |
| 11/1/2021 | Cable Fee | 60.37 | 1,888.43 | Cable/Internet Fee |
| 11/1/2021 | Capital Reserve Fees | 50.00 | 1,938.43 | Capital Reserve Fee |
| 11/1/2021 | Insurance Assessment | 143.16 | 2,081.59 | Insurance Fee |
| 11/1/2021 | Payment | -579.83 | 1,501.76 | AAFSLB-110121.txt |
| 11/11/2021 | Late Fee | 107.98 | 1,609.74 | Pre-Legal |

**Pay This Amount: $1,609.74**

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

# The Spa on Port Royal Sound

2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

The Spa on Port Royal Sound
c/o IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928
Phone: 843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 12/28/2021 |

*Make checks payable to your association*

Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, MI 48076

**Send all payment to:**
The Spa on Port Royal Sound, HPR
c/o IMC Resort Services, Inc
P.O. Box 95187
Las Vegas, NV  89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| | | Balance Forward: | 1,227.81 | |
| 9/1/2021 | Association Fee | 326.30 | 1,554.11 | Association Fee |
| 9/1/2021 | Cable Fee | 60.37 | 1,614.48 | Cable/Internet Fee |
| 9/1/2021 | Capital Reserve Fees | 50.00 | 1,664.48 | Capital Reserve Fee |
| 9/1/2021 | Insurance Assessment | 143.16 | 1,807.64 | Insurance Fee |
| 9/11/2021 | Late Fee | 165.97 | 1,973.61 | Final Notice of Payment Due |
| 9/21/2021 | Payment | -579.83 | 1,393.78 | AAFSLB-092121.txt |
| 9/21/2021 | Payment | -579.83 | 813.95 | AAFSLB-092121.txt |
| 10/1/2021 | Association Fee | 326.30 | 1,140.25 | Association Fee |
| 10/1/2021 | Cable Fee | 60.37 | 1,200.62 | Cable/Internet Fee |
| 10/1/2021 | Capital Reserve Fees | 50.00 | 1,250.62 | Capital Reserve Fee |
| 10/1/2021 | Insurance Assessment | 143.16 | 1,393.78 | Insurance Fee |
| 10/11/2021 | Late Fee | 107.98 | 1,501.76 | Pre-Legal |
| 11/1/2021 | Association Fee | 326.30 | 1,828.06 | Association Fee |
| 11/1/2021 | Cable Fee | 60.37 | 1,888.43 | Cable/Internet Fee |
| 11/1/2021 | Capital Reserve Fees | 50.00 | 1,938.43 | Capital Reserve Fee |
| 11/1/2021 | Insurance Assessment | 143.16 | 2,081.59 | Insurance Fee |
| 11/1/2021 | Payment | -579.83 | 1,501.76 | AAFSLB-110121.txt |
| 11/11/2021 | Late Fee | 107.98 | 1,609.74 | Pre-Legal |
| 12/1/2021 | Association Fee | 326.30 | 1,936.04 | Association Fee |
| 12/1/2021 | Cable Fee | 60.37 | 1,996.41 | Cable/Internet Fee |
| 12/1/2021 | Capital Reserve Fees | 50.00 | 2,046.41 | Capital Reserve Fee |
| 12/1/2021 | Insurance Assessment | 143.16 | 2,189.57 | Insurance Fee |
| 12/2/2021 | Payment | -579.83 | 1,609.74 | AAFSLB-120221.txt |
| 12/2/2021 | Payment | -579.83 | 1,029.91 | AAFSLB-120221.txt |
| 12/11/2021 | Late Fee | 50.00 | 1,079.91 | Pre-Legal |

## Pay This Amount: $1,079.91

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

# The Spa on Port Royal Sound

2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928

The Spa on Port Royal Sound
c/o IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928
Phone:  843-785-4775

| Account Number | Statement Date |
|---|---|
| 57251 | 1/19/2022 |

*Make checks payable to your association*

Jacqueline E. Ard
21215 Dartmouth Drive
Southfield, MI 48076

**Send all payment to:**

The Spa on Port Royal Sound, HPR
c/o IMC Resort Services, Inc
P.O. Box 95187
Las Vegas, NV  89193-5187

| DATE | TRANSACTION | AMOUNT | BALANCE | MEMO |
|---|---|---|---|---|
| | | Balance Forward: | 813.95 | |
| 10/1/2021 | Association Fee | 326.30 | 1,140.25 | Association Fee |
| 10/1/2021 | Cable Fee | 60.37 | 1,200.62 | Cable/Internet Fee |
| 10/1/2021 | Capital Reserve Fees | 50.00 | 1,250.62 | Capital Reserve Fee |
| 10/1/2021 | Insurance Assessment | 143.16 | 1,393.78 | Insurance Fee |
| 10/11/2021 | Late Fee | 107.98 | 1,501.76 | Pre-Legal |
| 11/1/2021 | Association Fee | 326.30 | 1,828.06 | Association Fee |
| 11/1/2021 | Cable Fee | 60.37 | 1,888.43 | Cable/Internet Fee |
| 11/1/2021 | Capital Reserve Fees | 50.00 | 1,938.43 | Capital Reserve Fee |
| 11/1/2021 | Insurance Assessment | 143.16 | 2,081.59 | Insurance Fee |
| 11/1/2021 | Payment | -579.83 | 1,501.76 | AAFSLB-110121.txt |
| 11/11/2021 | Late Fee | 107.98 | 1,609.74 | Pre-Legal |
| 12/1/2021 | Association Fee | 326.30 | 1,936.04 | Association Fee |
| 12/1/2021 | Cable Fee | 60.37 | 1,996.41 | Cable/Internet Fee |
| 12/1/2021 | Capital Reserve Fees | 50.00 | 2,046.41 | Capital Reserve Fee |
| 12/1/2021 | Insurance Assessment | 143.16 | 2,189.57 | Insurance Fee |
| 12/2/2021 | Payment | -579.83 | 1,609.74 | AAFSLB-120221.txt |
| 12/2/2021 | Payment | -579.83 | 1,029.91 | AAFSLB-120221.txt |
| 12/11/2021 | Late Fee | 50.00 | 1,079.91 | Pre-Legal |
| 1/1/2022 | Association Fee | 316.18 | 1,396.09 | Association Fee |
| 1/1/2022 | Cable Fee | 51.00 | 1,447.09 | Cable/Internet |
| 1/1/2022 | Capital Reserve Fees | 49.83 | 1,496.92 | Capital Reserve Fee |
| 1/1/2022 | Insurance Assessment | 162.82 | 1,659.74 | Insurance Fee |
| 1/1/2022 | Collections Admin Fee | 25.00 | 1,684.74 | turn acct over to atty |
| 1/11/2022 | Late Fee | 110.48 | 1,795.22 | Pre-Legal |

**Pay This Amount: $1,795.22**

**Please send correspondence or any inquiries (other than payments) to:**
IMC Resort Services, Inc
2 Corpus Christi, Suite #302
Hilton Head Island, SC 29928