**Jacqueline Ard**
239 Beach City Rd unit 3218
Hilton Head Island, SC 29926
jacquelineard25@gmail.com
313-770-7051

**Date:** September 15, 2021

**To:**
The Spa on Port Royal Sound
239 Beach City Road
Hilton Head Island, SC 29926

**Attn:** Maryann S./ Amber/ The Spa on Port Sound Board Members

## Subject: Written Dispute of Unlawful Fines and Request for Account Correction

Dear Management,

I am writing to formally dispute certain charges assessed to my account for my property located at 239 Beach City Road unit# 3218. Specifically, I dispute the following fines and associated late fees:

| Date of Charge | Description | Amount |
| --- | --- | --- |
| June 1, 2021 | "Service Animal Fine" | $400.00 |
| August 2, 2021 | "Additional Service Animal Fine" | $100.00 |
| August 25, 2021 | "Late Fees Applied to Disputed Fines" | $147.98 |

**Basis of Dispute:**

1. The fine(s) listed above are **unlawful and invalid** under the governing HOA documents and applicable state law. The fines relate to a documented service animal for which I submitted:
     - A completed reasonable accommodation application
     - A physician's recommendation letter
     - Current vaccination records
     - Identification and marking of the animal as required
2. Despite compliance with all HOA requirements, the fines were **improperly imposed and compounded with unauthorized late fees**.
3. These fines and fees are not supported by the HOA's governing documents, policies, or the applicable law and therefore **constitute an invalid charge.**

**Requested Action:**

Pursuant to this formal dispute, I request the following actions be taken immediately:

1. **Removal of all unlawful fines** related to the above charges from my account.
2. **Correction of my account ledger** to accurately reflect payments made and remove all unauthorized late fees and penalties.
3. Written confirmation of the account correction within **14 days** of receipt of this letter.

Please note that this dispute is made in **good faith** and I reserve the right to escalate the matter to the **appropriate regulatory, legal, or court authorities** if the account is not corrected promptly.

Thank you for your immediate attention to this matter. I expect a written response confirming the resolution of this dispute.

Sincerely,

*[signature]*

**Jacqueline Ard**
Owner,
239 Beach City Road unit 3218
Hilton Head Island, SC 29926

**Jacqueline Ard**
239 Beach City Rd unit 3218
Hilton Head Island, SC 29926
jacquelineard25@gmail.com
313-770-7051

**Date:** February 10, 2022

**To:**
The Spa on Port Royal Sound
239 Beach City Road
Hilton Head Island, SC 29926

**Attn:** Maryann S./ Amber/ The Spa on Port Sound Board Members

**Subject: Request for Full Accounting of HOA Assessments, Fines, and Fees**

Dear Management:

I am the owner of Unit 3218, and I am writing to formally request a **full and detailed accounting** of all assessments, fines, fees, and charges associated with my HOA account, including any late fees, penalties, or other assessments imposed from the date of purchase [Insert Date] through the present.

Specifically, I request the following information:

1. **Monthly assessments:** A complete ledger of all assessments billed, payments received, and balances carried forward.
2. **Fines and penalties:** A detailed breakdown of all fines, including the date, description, and basis for each fine.
3. **Late fees and interest:** A full record of any late fees, interest charges, or other penalties applied to the account, including how they were calculated.
4. **Legal and administrative fees:** Documentation of all attorney fees, collection costs, or administrative expenses charged to my account, including supporting invoices or statements.
5. **Application of payments:** Evidence of how all payments made by myself and any previous owners were applied to the account.

Please provide this information **in electronic or hard copy format** within **14 business days** of receipt of this letter, pursuant to [refer to applicable state HOA law or governing documents, e.g., South Carolina Code §27-30-120].

This request is made in good faith, and I intend to use this information to ensure that all charges applied to my account are lawful, accurate, and supported by proper documentation.

Failure to provide a complete and accurate accounting may necessitate further action to protect my legal rights, including but not limited to formal dispute, complaint to regulatory authorities, or legal remedies.

Thank you for your prompt attention to this matter. I look forward to receiving the requested accounting within the specified time frame.

Sincerely,

**Jacqueline Ard**
Owner
239 Beach City Road unit 3218
Hilton Head Island, SC 29926



# MUTTERER
## —— LAW FIRM, LLC ——

Jannine M. Mutterer*
*Also Member California Bar

June 14, 2022

<u>Via First Class & Certified Mail</u>
9415 5118 9956 2405 6161 59

Via Email: jacquelineard25@gmail.com

Jacqueline E. Ard
100 Kensington Blvd. Unit 1006
Bluffton, SC 29910

> Filed By The Court
> 11/10/2025 11:11 AM
> U.S. BANKRUPTCY COURT
> DISTRICT OF SOUTH CAROLINA

Re: Estate at Westbury Owners Association, Inc.
100 Kensington Blvd. Unit 1006, Bluffton, South Carolina
**Final Notice, Response Required by June 17, 2022, 5:00p.m.**

Dear Mrs. Ard:

Please be advised this firm represents Estate at Westbury Owners Association, Inc. (the "Association"). Despite six (6) prior notices, you have failed to provide a copy of your homeowners insurance policy and as a result fines have been assessed against you. **The total owed at this time is $1,377.80.**[1] A current statement is enclosed.

You are required to provide the insurance policy pursuant to section 8.4 of the Master Deed of the Estate at Westbury Horizontal Regime and Section 27 of the of the Rules and Regulations of the Estate at Westbury Horizontal Property Regime. Specifically, "Each Unit Owner is required by the Master Deed to carry liability insurance on their unit…" Fines are assessed for non-compliance as provided within the Rules and Regulations.

In an effort to resolve the matter to the mutual satisfaction of both parties, the Association will reduce the amount due by $407.80 should you agree to provide the required policy and pay the remaining amount due of $930.00. *This offer is only valid until 5:00 p.m. Friday June 19, 2022.* Upon your agreement the Association will provide access for online payment.

Should you refuse to tender payment and provide a copy of the insurance policy, the offer will be revoked and my office has been directed to proceed with enforcement as provided in the Master Deed, This may include the filing of a lien against the property, a lawsuit for a money judgment and/or foreclosure of the property.

---

[1] This amount includes Regime dues owed and all attorney fees/costs only through June 14, 2022. Additional legal fees may be incurred for assessments or other valid charges. You are encouraged to contact this firm to confirm the amount due prior to payment.

Page 2

You will continue to be held responsible for all collection costs including but not limited to attorney fees pursuant to the Master Deed you are obliged under.

Should you have any questions, please do not hesitate to call, or have your attorney contact me as soon as possible. A notice of your rights under the Fair Debt Collection Practices Act is attached hereto in accordance with federal and state law. This firm is a debt collector and any information obtained will be used for that purpose.

Sincerely,

MUTTERER LAW FIRM, LLC

*Jannine M. Mutterer*

Jannine M. Mutterer

Encls. as stated



# NOTICE REQUIRED BY THE FAIR DEBT
# COLLECTION PRACTICES ACT, (The Act)
### 15 U.S.C. §§ 1692(e)(11), (g) and 6801, et seq., as Amended

1. The amount of the Debt is stated in the letter to which this notice is attached.

2. **Estate at Westbury Owners Association, Inc.** is the Creditor to whom the Debt is owed. We are attempting to collect a Debt, and any information obtained will be used for that purpose.

3. The Debt is described in the letter attached hereto, and will be assumed to be valid by the Creditor's law firm, unless the Debtors, within thirty (30) days after the receipt of this Notice, dispute, in writing, the validity of the Debt or some portion thereof.

4. If the Debtors notify the creditor's law firm in writing within thirty (30) days of the receipt of this Notice that the Debt, or any portion thereof, is disputed, the Creditor's law firm will obtain a verification of the Debt and a copy of the verification will be mailed to the Debtors by the Creditor's law firm.

5. If the Creditor named in this notice is not the original Creditor, and if you make a request to the Creditor's law firm within thirty (30) days from the receipt of this Notice, the name and address of the original Creditor will be mailed to you by the Creditor's law firm.

6. Written requests should be addressed to Mutterer Law Firm, LLC, PO Box 29, Bluffton, SC 29910.

7. This notice should not be construed as a thirty (30) day grace period. Creditor may pursue collection efforts immediately and not wait thirty (30) days.

8. This firm is a debt collector and any information obtained will be used for that purpose.

**THIS FIRM IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE PREVIOUSLY RECEIVED A DISCHARGE OF THIS DEBT IN BANKRUPTCY, THIS LETTER IS NOT AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT, BUT AS AN ATTEMPT TO ENFORCE A LIEN.**

21 Promenade Street, Suite 205 · Post Office Box 29, Bluffton, SC 29910
jannine@muttererlaw.com · www.muttererlaw.com
t: 843-640-5700 · f: 843-640-5711