Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Wed, Sep 6, 2023 at 3:26 AM

Filed By The Court
11/10/2025 11:11 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **39177073** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **09/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Fri, Oct 6, 2023 at 3:20 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **39943369** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **10/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Mon, Nov 6, 2023 at 3:23 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **40625521** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **11/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Wed, Dec 6, 2023 at 3:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | IMC Resort Services (SC) / 788 |
| Association Name: | THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930 |
| Property Account Number: | 57251 |
| Transaction Number: | 41271619 |
| Payment Frequency: | Monthly |
| Payment Date: | 12/06/2023 |
| Payment Total: | $595.00 |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Sat, Jan 6, 2024 at 9:26 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **42214208** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **01/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Tue, Feb 6, 2024 at 9:31 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **43087045** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **02/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>                    Wed, Mar 6, 2024 at 9:27 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **43818992** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **03/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

**Jean Ard <jacquelineard25@gmail.com>**

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Thu, Oct 6, 2022 at 5:15 AM

Filed By The Court
11/10/2025 11:11 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **32200226** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **10/06/2022** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Sun, Nov 6, 2022 at 2:32 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **32727316** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **11/06/2022** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

**Jean Ard <jacquelineard25@gmail.com>**

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME
1 message

Alliance Association Bank <noreply@allianceassociationbank.com>      Tue, Dec 6, 2022 at 3:24 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

Management Company Name: **IMC Resort Services (SC) / 788**
Association Name:                **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930**
Property Account Number:  **57251**
Transaction Number:         **33248152**
Payment Frequency:          **Monthly**
Payment Date:                    **12/06/2022**
Payment Total:                  **$579.83**

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME
1 message

Alliance Association Bank <noreply@allianceassociationbank.com>

Fri, Jan 6, 2023 at 7:28 AM

To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **33977735** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **01/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>                    Mon, Feb 6, 2023 at 3:27 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **34674204** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **02/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Mon, Mar 6, 2023 at 3:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **35275338** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **03/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME
1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Thu, Apr 6, 2023 at 3:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **35980725** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **04/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME
1 message

Alliance Association Bank <noreply@allianceassociationbank.com>          Sat, May 6, 2023 at 3:26 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **36598127** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **05/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Tue, Jun 6, 2023 at 3:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **37189314** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **06/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Thu, Jul 6, 2023 at 3:29 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **37902792** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **07/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Sun, Aug 6, 2023 at 3:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **38553353** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **08/06/2023** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 **Gmail**

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Filed By The Court
11/10/25 11:11 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

Sat, Apr 6, 2024 at 3:28 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **44718437** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **04/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 **Gmail**

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <payables@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Mon, May 6, 2024 at 3:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **45478687** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **05/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>                    Thu, Jun 6, 2024 at 3:24 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **46199056** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **06/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME
1 message

Alliance Association Bank /noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Sat, Jul 6, 2024 at 5:27 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **47106303** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **07/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>
Fri, Sep 6, 2024 at 3:24 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **48604568** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **09/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

 Alliance Association Bank <noreply@allianceassociationbank.com>    Sun, Oct 6, 2024 at 3:25 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **49497969** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **10/06/2024** |
| Payment Total: | **$595.00** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

header.printHeaderBusiness.title.text

<u>Overview</u> / Account: BUS COMPLETE CHK (...0967)

BUS COMPLETE CHK (...0967)
GLOBAL MANAGEMENT GROUP, LLC



Available balance



Present balance



Available credit



Available plus credit

---

**Uncollected funds**

---

**Transactions**

Showing    [ All transactions                                                                      ⌄ ]

---

We found 7 transactions.

Filtered by:    All transactions    Nov 01, 2023 to Sep 01, 2025    $595 to $595

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Oct 10, 2024 | Reversal: ORIG CO NAME:THE SPA ON PORT | Adjustment or reversal | **$595.00** | — |
| Oct 08, 2024 | ORIG CO NAME:THE SPA ON PORT ORIG ID:HOAPAYMENT DESC DATE: CO ENTRY DESCR:Assn Dues SEC:WEB TRACE#:122105986826096 EED:241008 IND ID:49497969 IND NAME:Chase B TRN: 2826826096TC | ACH debit | **−$595.00** | — |
| Jun 07, 2024 | ORIG CO NAME:THE SPA ON PORT ORIG ID:HOAPAYMENT DESC DATE: CO ENTRY DESCR:Assn Dues SEC:WEB TRACE#:122105983450101 EED:240607 IND ID:46199056 IND NAME:Chase B TRN: 1593450101TC | ACH debit | **−$595.00** | — |
| May 07, 2024 | ORIG CO NAME:THE SPA ON PORT ORIG ID:HOAPAYMENT DESC DATE: CO ENTRY DESCR:Assn Dues SEC:WEB TRACE#:122105981895349 EED:240507 IND ID:45478687 IND NAME:Chase B TRN: 1281895349TC | ACH debit | **−$595.00** | — |
| Apr 09, 2024 | ORIG CO NAME:THE SPA ON PORT ORIG ID:HOAPAYMENT DESC DATE: CO ENTRY DESCR:Assn Dues SEC:WEB TRACE#:122105987746717 EED:240409 IND ID:44718437 IND NAME:Chase B TRN: 1007746717TC | ACH debit | **−$595.00** | — |
| Dec 07, 2023 | ORIG CO NAME:THE SPA ON PORT ORIG ID:HOAPAYMENT DESC DATE: CO ENTRY DESCR:Assn Dues SEC:WEB TRACE#:122105985563468 EED:231207 IND ID:41271619 IND NAME:Chase B TRN: 3415563468TC | ACH debit | **−$595.00** | — |
| Nov 07, 2023 | ORIG CO NAME:THE SPA ON PORT ORIG ID:HOAPAYMENT DESC DATE: CO ENTRY DESCR:Assn Dues SEC:WEB TRACE#:122105984091773 EED:231107 IND ID:40625521 IND NAME:Chase B TRN: 3114091773TC | ACH debit | **−$595.00** | — |



October 01, 2022 through October 31, 2022
Account Number: ████████67

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | ██████████ H50179627766 | 1,100.00 |
| 10/20 | ██████████ Wfct0Qrn8Kmn | 150.00 |
| 10/26 | ██████████████████████ Desc Date:102622 CO Entry<br>Ind ID: | 2,494.70 |

**Total Deposits and Additions** $7,416.07

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | Payment Sent ██████████ 8774174551 CA Card 7640 | $210.00 |
| 10/06 | Payment Sent ██████████ 8774174551 CA Card 7640 | 50.00 |
| 10/11 | Payment Sent ██████████ 8774174551 CA Card 7640 | 25.00 |
| 10/11 | Payment Sent ██████████ i 8774174551 CA Card 7640 | 50.00 |
| 10/12 | Payment Sent ██████████ 8774174551 CA Card 7640 | 40.00 |
| 10/17 | Payment Sent ██████████ 8774174551 CA Card 7640 | 20.00 |
| 10/18 | Payment Sent ██████████ 8774174551 CA Card 7640 | 200.00 |
| 10/19 | Payment Sent ██████████ NY Card 7640 | 260.00 |
| 10/24 | Payment Sent ██████████ 774174551 CA Card 7640 | 30.00 |
| 10/24 | Payment Sent ██████████ Card 7640 | 130.00 |
| 10/26 | ATM Withdrawal ██████████ PA Card 7640 | 500.00 |
| 10/28 | Payment Sent ██████████ 174551 CA Card 7640 | 40.00 |
| 10/31 | Payment Sent ██████████ | 40.00 |
| 10/31 | Payment Sent ██████████ | 100.00 |

**Total ATM & Debit Card Withdrawals** $1,695.00

## ATM & DEBIT CARD SUMMARY

Jacqueline Elizabeth Ard  Card ████

| | |
|---|---|
| Total ATM Withdrawals & Debits | $500.00 |
| Total Card Purchases | $1,195.00 |
| Total Card Deposits & Credits | $660.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $500.00 |
| Total Card Purchases | $1,195.00 |
| Total Card Deposits & Credits | $660.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | ██████████ Jpm999Gxluxl | $1,200.00 |
| 10/04 | ██████████ Wells Fargo Jpm999Gyrqkg | 10.00 |
| 10/04 | ██████████ Jpm999Gzl89H | 1,000.00 |
| 10/07 | ██████████ ...9230 Transaction#: 15482346864 | 120.00 |
| 10/07 | Orig CO Name:The Spa On Port    Orig ID:Hoapayment Desc Date:    CO Entry<br>Descr:Assn Dues Sec:Web    Trace#:12210598171 2469 Eed:221007    Ind ID:32200226<br>Ind Name:Chase B Tm: 2801712469Tc | 579.83 |
| 10/20 | ██████████ Jpm999Hjx8Lo | 150.00 |
| 10/20 | ██████████ ard Ending IN 5671 | 1,100.00 |



September 01, 2022 through September 30, 2022

Account Number:  ████████████67

| | |
|---|---|
| Total Card Deposits & Credits | $6,973.95 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $328.00 |
| Total Card Purchases | $30.00 |
| Total Card Deposits & Credits | $6,973.95 |



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | ████████████ Jpm999Fq11NE | $1,000.00 |
| 09/02 | ████████████ Jpm999Fqfdqk | 200.00 |
| 09/02 | ████████████ Jpm999Fqvv14 | 1,000.00 |
| 09/02 | ████████████ Transaction#: 15198243702 | 130.00 |
| 09/02 | ████████████ Transaction#: 15198305816 | 120.00 |
| 09/06 | ████████████ IN 5671 | 100.00 |
| 09/06 | ████████████ 999Fsz5Xd | 523.23 |
| 09/06 | ████████████ 9230 Transaction#: 15217364693 | 600.00 |
| 09/06 | ████████████ Jpm999Fv5Ewb | 1,200.00 |
| 09/06 | ████████████ 9230 Transaction#: 15225053421 | 150.00 |
| 09/06 | ████████████ Jpm999Fwn58T | 2,500.00 |
| 09/06 | ████████████ 9230 Transaction#: 15233498119 | 140.00 |
| 09/07 | ████████████ Jpm999Fxo92A | 530.00 |
| 09/07 | Orig CO Name:The Spa On Port    Orig ID:Hoapayment Desc Date:    CO Entry Descr:Assn Dues Sec:Web  Trace#:122105986497126 Eed:220907  Ind ID:31624011 Ind Name:Chase B Trn: 2506497126Tc | 579.83 |
| 09/07 | ████████████ Jpm999Fxvodd | 350.00 |
| 09/08 | ████████████ Jpm999Fz9140 | 100.00 |
| 09/08 | ████████████ Jpm999Fz9Wnu | 225.00 |
| 09/09 | ████████████ Jpm999G0Kz2E | 240.00 |
| 09/12 | ████████████ Jpm999G2P1X9 | 100.00 |
| 09/12 | ████████████ pfu | 100.00 |
| 09/12 | ████████████ Jpm999G4Ph21 | 100.00 |
| 09/12 | ████████████ 9230 Transaction#: 15276166372 | 130.00 |
| 09/13 | ████████████ Jpm999G6Gku4 | 250.00 |
| 09/13 | ████████████ Jpm999G6Gvi8 | 188.73 |
| 09/15 | ████████████ Jpm999G8Hoax | 1,200.00 |
| 09/16 | ████████████ 9230 Transaction#: 15306926353 | 400.00 |
| 09/16 | ████████████ Ending IN 5671 | 300.00 |
| 09/21 | ████████████ Orig ID:2380442310 Desc Date:220920 CO Entry Trace#:021000023601543 Eed:220921  Ind ID:103039558525 | 126.82 |
| 09/21 | ████████████ Orig ID:9409348138 Desc Date:220921 CO Entry Trace#:021000020816104 Eed:220921  Ind ID:950944303 Jacqu | 143.55 |
| 09/21 | ████████████ Jpm999Ggi7Vd | 250.00 |
| 09/26 | ████████████ 9230 Transaction#: 15373073960 | 82.00 |
| 09/26 | ████████████ Jpm999Gkw6Kh | 500.00 |
| 09/26 | ████████████ 2485657172 TD Jpm999Gn7C4E | 130.00 |
| 09/28 | ████████████ Jpm999Gp6Yc2 | 200.00 |
| 09/28 | ████████████ 9230 Transaction#: 15403209751 | 360.00 |
| 09/28 | ████████████ Jpm999Gpoht9 | 200.00 |

## The Spa - # 3218 Unlawful Late and Legal Fees

| DATE | CONFIRM # | PAYMENTS MADE | DATE | MO DUES | DATE | LATE FEES | DATE | LEGAL FEES |
|---|---|---|---|---|---|---|---|---|
| 5/4/2021 | Line 1305 | 579.83 | 5/1/2021 | 579.83 | 7/11/2021 | 40.00 | 7/11/2021 | |
| 5/4/2021 | Line 1306/1307 | 2,159.66 | 6/1/2021 | 579.83 | 8/11/2021 | 107.98 | 8/11/2021 | |
| 9/21/2021 | REF 5074091 | 579.83 | 7/1/2021 | 579.83 | 9/11/2021 | 165.97 | 9/11/2021 | |
| 9/21/2021 | REF 5074090 | 579.83 | 8/1/2021 | 579.83 | 10/11/2021 | 107.98 | 10/11/2021 | |
| 11/1/2021 | REF 5106381 | 579.83 | 9/1/2021 | 579.83 | 11/11/2021 | 107.98 | 11/11/2021 | |
| 12/2/2021 | REF 5129485 | 579.83 | 10/1/2021 | 579.83 | 12/11/2021 | 50.00 | 12/11/2021 | |
| 12/2/2021 | REF 5129484 | 579.83 | 11/1/2021 | 579.83 | 1/11/2022 | 110.48 | 1/11/2022 | |
| 4/5/2022 | REF 5225154 | 579.83 | 12/1/2021 | 579.83 | 2/11/2022 | 168.47 | 2/15/2022 | 131.57 |
| 4/5/2022 | REF 5225153 | 579.83 | 1/1/2022 | 579.83 | 3/11/2022 | 242.11 | 4/26/2022 | 248.69 |
| 4/5/2022 | REF 5225152 | 579.83 | 2/1/2022 | 579.83 | 4/11/2022 | 32.66 | 1/9/2023 | 226.32 |
| 4/5/2022 | REF 5225151 | 579.83 | 3/1/2022 | 579.83 | 5/11/2022 | 115.51 | 10/16/2023 | 516.38 |
| 4/5/2022 | REF 5225150 | 579.83 | 4/1/2022 | 579.83 | 6/11/2022 | 57.53 | 11/6/2023 | 199.50 |
| 6/6/2022 | REF 5268500 | 579.83 | 5/1/2022 | 579.83 | 7/11/2022 | 57.53 | 12/8/2023 | 70.00 |
| 6/6/2022 | REF 5268499 | 579.83 | 6/1/2022 | 579.83 | 8/11/2022 | 57.53 | 2/7/2024 | 129.25 |
| 7/6/2022 | REF 5293392 | 579.83 | 7/1/2022 | 579.83 | 9/11/2022 | 57.53 | 3/18/2024 | 62.23 |
| 8/8/2022 | REF 5314505 | 579.83 | 8/1/2022 | 579.83 | 10/11/2022 | 62.53 | 4/5/2024 | 101.43 |
| 9/6/2022 | REF 5332903 | 579.83 | 9/1/2022 | 579.83 | 11/11/2022 | 62.53 | 5/20/2024 | 426.10 |
| 10/6/2022 | REF 5359629 | 579.83 | 10/1/2022 | 579.83 | 12/11/2022 | 62.53 | 6/7/2024 | 147.91 |
| 11/7/2022 | REF 5381876 | 579.83 | 11/1/2022 | 579.83 | 1/11/2023 | 85.16 | 7/3/2024 | 34.00 |
| 12/6/2022 | REF 5402202 | 579.83 | 12/1/2022 | 579.83 | 2/11/2023 | 85.16 | 9/5/2024 | 482.83 |
| 1/6/2023 | REF 5431562 | 595.00 | 1/1/2023 | 595.00 | 3/11/2023 | 149.34 | | |
| 2/6/2023 | REF 5454261 | 595.00 | 2/1/2023 | 595.00 | 4/11/2023 | 213.51 | | |
| 3/6/2023 | REF 5477356 | 595.00 | 3/1/2023 | 595.00 | 5/11/2023 | 277.69 | | |
| 4/6/2023 | REF 5506853 | 595.00 | 4/1/2023 | 595.00 | 6/11/2023 | 341.87 | | |
| 5/8/2023 | REF 5529438 | 595.00 | 5/1/2023 | 595.00 | 7/11/2023 | 470.55 | | |
| 6/6/2023 | REF 5551822 | 595.00 | 6/1/2023 | 595.00 | 8/11/2023 | 534.73 | | |
| 7/6/2023 | REF 5580321 | 595.00 | 7/1/2023 | 595.00 | 9/11/2023 | 534.73 | | |
| 8/8/2023 | REF 5605397 | 595.00 | 8/1/2023 | 595.00 | | | | |
| 9/6/2023 | REF 5629632 | 595.00 | 9/1/2023 | 595.00 | | | | |

| | | PAYMENTS MADE | DATE | DUES ASSESSED | DATE | LATE FEES | DATE | LEGAL FEES |
|---|---|---|---|---|---|---|---|---|
| TOTAL | AS OF THE FILING DATE | $ 18,531.43 | 9/25/2023 | $ 16,951.60 | 9/25/2023 | $ 4,359.59 | 9/6/2024 | $ 2,776.21 |

| | DATE | LATE FEES | DATE | LEGAL FEES |
|---|---|---|---|---|
| **AFTER BK 13** | | | | |
| **FILING DATE** | 10/11/2023 | 538.23 | 10/3/2024 | 1,611.16 |
| | 11/11/2023 | 677.81 | 11/4/2024 | 550.99 |
| | 12/11/2023 | 744.31 | 11/25/2024 | 275.00 |
| | 1/11/2024 | 744.31 | 12/4/2024 | 261.50 |
| | 2/11/2024 | 825.24 | 1/3/2025 | 305.29 |
| | 3/11/2024 | 865.45 | | |
| | 4/11/2024 | 990.04 | | |
| | 5/11/2024 | 1,094.75 | | |
| | 6/11/2024 | 1,192.37 | | |
| | 7/11/2024 | 1,235.98 | | |
| | 8/11/2024 | 1,400.20 | | |
| | 9/11/2024 | 1,512.98 | | |
| | 10/11/2024 | 1,674.10 | | |
| | 11/11/2024 | 1,857.19 | | |
| | 12/11/2024 | 1,970.34 | | |

| | **TOTAL** | **LATE FEES** | | **LEGAL FEES** |
|---|---|---|---|---|
| | **AFTER BK 13** | | | |
| | **FILING DATE** | 17,323.30 | | 3,003.94 |

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>

To: jacquelineard25@gmail.com

Sun, Oct 31, 2021 at 11:30 PM

Dear Jacqueline E. Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **26360126** |
| Payment Frequency: | **OneTime** |
| Payment Date: | **11/01/2021** |
| Payment Total: | **$579.83** |

If you have any questions or concerns, please contact Alliance Association Bank at (844)739-2331 from 7:00 am until 5:00 pm Pacific Standard Time, Monday through Friday.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Mon, Jun 6, 2022 at 6:34 PM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC)/788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME/930** |
| Property Account Number: | **57251** |
| Transaction Number: | **30068494** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **06/06/2022** |
| Payment Amount: | **$579.83** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME
1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>                    Mon, Jun 6, 2022 at 6:36 PM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **30068504** |
| Payment Frequency: | **OneTime** |
| Payment Date: | **06/06/2022** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

Alliance Association Bank <noreply@allianceassociationbank.com>                                    Wed, Jul 6, 2022 at 3:41 AM
To: jacquelineard25@gmail.com

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **30625367** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **07/06/2022** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 **Gmail**

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Sat, Aug 6, 2022 at 3:23 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **31141948** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **08/06/2022** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*

 Gmail

Jean Ard <jacquelineard25@gmail.com>

## Confirmation of Payment - THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME

1 message

---

**Alliance Association Bank** <noreply@allianceassociationbank.com>
To: jacquelineard25@gmail.com

Tue, Sep 6, 2022 at 9:24 AM

Dear Jacqueline Ard,

This notice confirms that we are processing a payment on your behalf. Please allow several days for your association to update their records.

| | |
|---|---|
| Management Company Name: | **IMC Resort Services (SC) / 788** |
| Association Name: | **THE SPA ON PORT ROYAL SOUND HORIZONTAL PROPERTY REGIME / 930** |
| Property Account Number: | **57251** |
| Transaction Number: | **31624011** |
| Payment Frequency: | **Monthly** |
| Payment Date: | **09/06/2022** |
| Payment Total: | **$579.83** |

Looking for an upgraded mortgage? Start exploring your better financing options today at AmeriHome Mortgage with a Free Mortgage Checkup. Lower your monthly payment, take cash out for a large purchase, pay off your loan sooner, or buy a new home. Bonus! Get $500 off your closing costs!** Get started at amerihome.com/hiltonhead, or give us a call at 877.352.0131 and mention promo code - IMC Hilton Head HOA. Imagine the possibilities with a better home loan designed just for you! For disclaimer information click here. NMLS #135776, Equal Housing Lender.

Sincerely,

Alliance Association Bank

*This email communication is provided by Alliance Association Bank, a division of Western Alliance Bank, Member FDIC. Western Alliance Bank is the primary wholly-owned subsidiary of Western Alliance Bancorporation. This email and any attached documents contain privileged and confidential information intended solely for the named recipient. If you are not the intended recipient, you are hereby notified that any retention, dissemination or copying of this email and any attachments is strictly prohibited. If you received this email in error, please contact us at payments@ allianceassociationbank.com and immediately delete the email and any attachments from your computer and/or network systems. Please note that Alliance Association Bank accepts no responsibility for computer viruses or malware associated with the transmission of this communication and it is your responsibility to scan this email and any attachments to it.*