Previous editions are obsolete.    form HUD-1 (3/86) ref Handbook 4305.2

A. **Settlement Statement**    U.S. Department of Housing and Urban Development

B. Type of Loan    OMB Approval No. 2502-0265

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 1886.02 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 04/30/2021 at 14:50 TW

D. NAME OF BORROWER: Jacqueline E. Ard
   ADDRESS:

E. NAME OF SELLER: James R. Ritzler and Judith A. Ritzler
   ADDRESS:

F. NAME OF LENDER:
   ADDRESS:

**Filed By The Court**
**11/10/2025 11:24 AM**
**U.S. BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

G. PROPERTY ADDRESS: 239 Beach City Road, #3218, Hilton Head Island, SC 29926

H. SETTLEMENT AGENT: Going Ward, LLC
   PLACE OF SETTLEMENT: 7 Simmonsville Rd. #200, Bluffton, SC 29910

I. SETTLEMENT DATE: 05/04/2021

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 153,500.00 | 401. Contract sales price | 153,500.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 4,750.49 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. HOA/Regime Assessment 05/04/21 to 05/31/21 | 523.71 | 408. HOA/Regime Assessment 05/04/21 to 05/31/21 | 523.71 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | **158,774.20** | **420. GROSS AMOUNT DUE TO SELLER** | **154,023.71** |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 2,500.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 10,628.78 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes  01/01/21 to 05/04/21 | 378.51 | 511. County taxes  01/01/21 to 05/04/21 | 378.51 |
| 212. HOA/Regime Assessments | | 512. HOA/Regime Assessments | |
| 213. PR Taxes  01/01/21 to 05/04/21 | 1.85 | 513. PR Taxes  01/01/21 to 05/04/21 | 1.85 |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | **2,880.36** | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | **11,009.14** |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 158,774.20 | 601. Gross amount due to seller (line 420) | 154,023.71 |
| 302. Less amounts paid by/for borrower (line 220) | 2,880.36 | 602. Less reduction amount due seller (line 520) | 11,009.14 |
| **303. CASH FROM BORROWER** | **155,893.84** | **603. CASH TO SELLER** | **143,014.57** |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ / _____    SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS:

SELLER(S) PHONE NUMBERS:    (H)    (W)

Previous editions are obsolete  
form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT  
File Number: 1886.02  
PAGE 2

**SETTLEMENT STATEMENT**  
TitleExpress Settlement System  Printed 04/30/2021 at 14:50 TW

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $153,500.00 @ 6.000 = 9,210.00 | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ 4,605.00 to Weichert Realtors Coastal Property | | | |
| 702. $ 4,605.00 to Gardner Realty | | | |
| 703. Commission paid at Settlement | | | 9,210.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee      % | | | |
| 802. Loan Discount             % | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From         to         @$       /day | | | |
| 902. Mortgage Insurance Premium for         to | | | |
| 903. Hazard Insurance Premium for         to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance       mo. @ $       /mo | | | |
| 1002. Mortgage Insurance     mo. @ $       /mo | | | |
| 1003. City Property Tax      mo. @ $       /mo | | | |
| 1004. County Property Tax    mo. @ $  93.60 /mo | | | |
| 1005. Annual Assessments     mo. @ $ 579.83 /mo | | | |
| 1009. Aggregate Analysis Adjustment | | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee   to Going Ward, LLC | | 750.00 | |
| 1102. Title Abstract              to Somerset Title, LLC | | 280.00 | |
| 1103. Escrow Services             to Going Ward, LLC | | 295.00 | |
| 1104. Title Examination           to Going Ward, LLC | | 150.00 | |
| 1105. Title Commitment            to May River Title Company, LLC | | 100.00 | |
| 1106. Miscellaneous Processing Fees  to Going Ward, LLC | | 85.00 | |
| 1107. Attorney's fees | | | |
| (includes above items No: ) | | | |
| 1108. Title Insurance             to Chicago Title Insurance Co. | | 532.08 | |
| (includes above items No: ) | | | |
| 1109. Lender's Policy | | | |
| 1110. Owner's Policy   153,500.00 - 532.08 | | | |
| 1111. Wire Fee                    to Going Ward LLC | | | 35.00 |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 15.00  ; Mortgage $     ; Release $ | | 15.00 | |
| 1202. Transfer Tax-Hilton Head Isl.   Deed $ 383.75  ; Mortgage $ | | 383.75 | |
| 1203. State tax/stamps                Deed $ 567.95  ; Mortgage $ | | | 567.95 |
| 1204. Repurchase Waiver           to Beaufort County Register of Deeds | | | 25.00 |
| 1205. Certificate of Trust        to Beaufort County Register of Deeds | | | 10.00 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Pest Inspection | | | 1.00 |
| 1302. HOA/Regime Processing Fee   to IMC Resort Services, Inc. | | | 175.00 |
| 1303. Statement Fee               to HomeWiseDocs | | | 25.00 |
| 1304. HOA Transfer Fee | | | |
| 1305. May Regime                  to The Spa on Port Royal Sound | | | 579.83 |
| 1306. June/July Regime            to The Spa on Port Royal Sound | | 1,159.66 | |
| 1307. Transfer Fee                to The Spa on Port Royal Sound | | 1,000.00 | |
| 1400. TOTAL SETTLEMENT CHARGES    (enter on lines 103, Section J and 502, Section K) | | 4,750.49 | 10,628.78 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Jacqueline E. Ard

James F. Ritzler                                              Judith A. Ritzler

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____        DATE: _____