UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Jacqueline Elizabeth Ard and
Terry Frank Nicola,
                Debtor(s)

CASE NO.: 25-01384-JD
CHAPTER 7

DECLARATION AND
IMPACT STATEMENT OF
TERRY F. NICOLA

Filed By The Court
11/10/2025 11:24 AM
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

# DECLARATION OF TERRY F. NICOLA

I, **Terry F. Nicola**, declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge and belief:

## I. PERSONAL AND MEDICAL BACKGROUND

1. My name is **Terry F. Nicola**, and I am a **68-year-old disabled individual** currently residing in South Carolina.
2. I was diagnosed with **Parkinson's Disease**, a progressive neurological disorder that impairs movement, balance, coordination, and cognitive ability.
3. For over **40 years**, I worked diligently and responsibly, saving and investing with the hope of retiring securely and maintaining my dignity and independence as I aged and my disease progressed.
4. Through careful planning, sacrifice, and consistent financial management, I built my retirement and investment portfolio to approximately **five million dollars ($5,000,000)** by the time I retired.
5. I lived modestly, paid my taxes, and believed that through hard work and prudent financial planning, I could face my later years with stability and dignity.
6. When my health began to decline due to Parkinson's Disease, I made the difficult but necessary decision to **retire early**, accepting that my professional career had come to an end.
7. Learning that I would never work again was emotionally devastating. However, I found comfort in knowing that I had prepared responsibly and could afford the care I would inevitably require.
8. My former spouse of 30 years decided she could not bear the burden of caring for someone with a degenerative illness. We **amicably divorced**, and after the division of assets, I retained approximately **$2.5 million** to sustain my care and retirement.

1

9. I accepted my diagnosis and believed that, although my body might fail me, my financial security would ensure continued access to quality medical care, therapy, and in-home assistance throughout my remaining years.

## II. PARTNERSHIP AND BUSINESS DEVELOPMENT WITH JACQUELINE E. ARD

10. After meeting my current spouse, **Jacqueline E. Ard**, we shared a vision of creating a sustainable and purposeful business that could support my long-term care while providing her with meaningful work and independence.
11. Together, we founded **Beachside Estates LLC**, a property management and short- and long-term rental housing company.
12. Between 2020 and 2023, we **acquired and developed nine (9) properties**, each representing years of labor, restoration, and sacrifice.
13. Jacqueline personally managed every phase of these projects—acquiring materials, managing contractors, performing remodeling, and preparing properties for occupancy—while simultaneously acting as my full-time caregiver.
14. These were not speculative or luxury ventures; they were the **foundation of our retirement strategy**—a modest but sustainable source of income meant to cover my medical expenses, medications, and daily care needs.
15. By early 2023, our project was **approximately 60% complete**, with several homes near final completion and ready to generate consistent income.
16. However, our progress was sabotaged by **fraudulent, retaliatory actions** by the Homeowners Association (HOA), management companies, and complicit attorneys and court officials who abused their authority and obstructed our rights.
17. The HOA repeatedly imposed **unlawful fines, assessments, and penalties**, many stemming from my use of a **service animal**, despite full medical documentation and federal protection under the **Americans with Disabilities Act (ADA)**.
18. When we disputed these unlawful actions, the HOA escalated their retaliation. They **revoked our access keys and gate passes, towed our vehicles** while we were on the premises, and effectively **blocked us from accessing our own properties**.
19. Every dollar of our fixed income was diverted to retain attorneys and defend our rights. The legal and financial strain depleted our reserves and derailed the business.
20. Ultimately, the **bad faith creditors and complicit court officials** forced us into bankruptcy, demanding liquidation of the very assets that were nearing income-producing capacity—leaving us with only partially finished properties that cannot generate revenue.

## III. THE FINANCIAL AND EMOTIONAL IMPACT

21. Despite years of labor and investment, we **never received a single dollar of positive income** from any of our homes.

2

22. Instead, we were burdened by wrongful liens, unlawful fees, and extensive legal costs resulting from fraud and misconduct by those entrusted with fiduciary and judicial responsibilities.
23. The mounting pressure left us no choice but to file for bankruptcy—not due to mismanagement, but out of desperation to protect what little remained of our life's work.
24. Today, through no fault of our own, we are being **forced into liquidation under Chapter 7**, watching the properties we built and the savings I worked a lifetime to earn be stripped away piece by piece.
25. The financial devastation is complete. I no longer possess the means to afford **critical medical treatments, therapies, or medications** necessary to manage my Parkinson's Disease.
26. The unrelenting stress and trauma have **accelerated the progression of my illness**. My tremors, confusion, and cognitive lapses have worsened significantly, and my independence has rapidly diminished.
27. My physician recently informed me that I will soon need to **transition to full-time wheelchair use** to prevent further falls and injuries.
28. My wife and caregiver, Jacqueline, who devoted her life to caring for me and building our business, has suffered severe physical and emotional injuries from this ordeal. Her reduced physical capacity now limits her ability to assist me with daily needs.
29. The emotional burden of watching her collapse under the strain of injustice has been among the most painful experiences of my life.
30. Together, we have endured harassment, deprivation, and humiliation at the hands of those who were sworn to uphold the law.

## IV. LOSS OF DIGNITY AND FUTURE HARM

31. The security I spent four decades building has been **obliterated by misconduct and abuse of authority** by court officials, attorneys, and creditors.
32. Their actions—including fraudulent filings, disregard of bankruptcy protections, and unlawful foreclosure proceedings—have destroyed my trust, my financial independence, and my quality of life.
33. I have been **evicted from the medical facility** where I was receiving care due to inability to pay, directly resulting from this financial destruction.
34. My Parkinson's symptoms—tremors, hallucinations, confusion, and memory loss—have worsened dramatically under the weight of chronic stress.
35. I am now dependent on limited government benefits, despite having dedicated my life to ensuring I would never become a burden on society.
36. The misconduct in this case has stolen my **dignity, peace, and independence**, leaving me to face my final years in physical and emotional distress.
37. My wife no longer has the physical strength or emotional endurance to rebuild our business or income stream. We are left without options, without protection, and without justice.

## V. IRREPARABLE LOSS AND INJUSTICE

38. I do not have another forty years to rebuild what was lost. My health and time are running out.
39. What has been taken from us is not merely money or property—it is **our future, our security, and our dignity**.
40. The courts, attorneys, and officials who enabled this conduct have turned the justice system into a weapon against the innocent.
41. We have been deprived of everything we worked for, through **no wrongdoing of our own**, but through **fraud, deceit, and abuse of judicial power**.
42. My faith in fairness and justice has been shattered, yet I hold onto the hope that through truth and accountability, others may be spared this kind of suffering.

---

## VI. CONCLUSION

43. I submit this declaration as a **plea for justice and accountability**. The actions taken against us must be investigated fully and impartially.
44. I respectfully urge the **United States Trustee**, the **Office of Disciplinary Counsel**, and other oversight authorities to intervene—to stop further abuse, to hold those responsible accountable, and to restore faith in the rule of law.
45. My only wish is to live out my remaining years in peace, with access to medical care, and with the comfort of knowing that justice has been served—not only for me, but for all citizens who have suffered under similar abuse of power.
46. I make this declaration sincerely, in the hope that my words may bring light, correction, and compassion to a system that has failed to protect those most in need.

---

**[NOTARY PAGE TO FOLLOW]**

**NOTARY PAGE:**

I declare under penalty of perjury that everything I have stated in this document is true and correct.

PRINT FULL NAME: TERRY NICOLS

SIGNATURE: /s/ Terry Nicols

Sworn to and subscribed before me on (date) November 5th 2025.

Notary Public: /s/ Emilee N Kephart            Notary Seal

[Notary's Printed Name] Emilee N Kephart

Commission Expires: December 21, 2026

STATE OF    Pennsylvania         )
                                 ) SS
COUNTY OF   Allegheny            )

Commonwealth of Pennsylvania - Notary Seal
EMILEE N KEPHART - Notary Public
Allegheny County
My Commission Expires December 21, 2026
Commission Number 1429351