**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd

Adversary/Complaint Number: 25–80061–jd

Name of Debtor(s): Jacqueline Elizabeth Ard and Terry Frank Nicola

**Jacqueline Elizabeth Ard**

Plaintiffs(s)

v.

**The Spa on Port Royal Sound Horizontal Property Regime, William B. Mullis , Henry Sanders , Keith Baker , John and Jane Doe Board Members of The Spa on Port Royal Sound Horizontal Property Regime, in their individual and representative capacities, IMC Resort Services, Inc , Christine M Phillips , John and Jane Doe Employees and Agents of IMC Resort Services, Inc, in their individual and representative capacities; Scott M Wild ,Esq., in his individual and professional capacity, Jannine Mutterer, Special Referee for Beaufort County, in her individual and official capacity, Jerri Ann Roseneau, Beaufort County Clerk of Court in her individual and official capacity, Lucas S Fautua, Esq., in his individual and processional capacity, Beaufort County, Beaufort County Treasurer's Office, and Beaufort County Assessor's Office**

Defendants(s)

**SUMMONS**

| Filed By The Court |
|---|
| **11/14/25** |
| **Lauren T Maxwell** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

TO THE ABOVE NAMED DEFENDANTS(S):

Beaufort County, Beaufort County Treasurer's Office, and Beaufort County Assessor's Office ARE SUMMONED and required to file a motion or answer to the amended complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (incoparted by reference by Bankruptcy Rule 7015), as to defendants named in the original complaint and formerly served with process, i.e.,( The Spa on Port Royal Sound Horizontal Property Regime, William B. Mullis , Henry Sanders , Keith Baker , John and Jane Doe Board Members of The Spa on Port Royal Sound Horizontal Property Regime, in their individual and representative capacities, IMC Resort Services, Inc , Christine M Phillips , John and Jane Doe Employees and Agents of IMC Resort Services, Inc, in their individual and representative capacities; Scott M Wild ,Esq., in his individual and professional capacity, Jannine Mutterer, Special Referee for Beaufort County, in her individual and official capacity, Jerri Ann Roseneau, Beaufort County Clerk of Court in her individual and official capacity, Lucas S Fautua, Esq., in his individual and processional capacity ) , you shall plead in response to the amended complaint which is attached to this summons with the Clerk of the Bankruptcy Court within the time remaining for response to the original complaint, within 14 days after service of the amended complaint, whichever period may be longer.

    United States Bankruptcy Court
    J. Bratton Davis United States Bankruptcy Courthouse
    1100 Laurel Street
    Columbia, SC 29201–2423

At the same time, you must also serve a copy of the motion upon the plaintiff's attorney.

    Jacqueline Elizabeth Ard
    21215 Dartmouth Dr
    Southfield, MI 48076–5634

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date of Issuance:  11/14/25

                                            Lauren T Maxwell
                                            Clerk of Court
                                            United States Bankruptcy Court

                                            By:  K Ting, Deputy Clerk
                                            1100 Laurel Street
                                            Columbia, SC 29201−2423
                                            (803) 765−5436

**OFFICE OF THE CLERK**

**UNITED STATES BANKRUPTCY COURT**

| CLERK OF COURT | LAUREN T MAXWELL | TELEPHONE (803)765–5436 |
|---|---|---|

J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201–2423

---

**NOTICE**

11/14/25

Jacqueline Elizabeth Ard                                              Re: 25–80061–jd
21215 Dartmouth Dr
Southfield, MI 48076–5634

The Summons issued by this office is enclosed to be attached to a copy of the Complaint you filed and both are to be served by you on the defendant(s) in the above captioned adversary proceeding. As soon as possible, please file an Affidavit or Certificate of Service with this office specifying the names and addresses of the parties served. Part VII of the Federal Rules of Bankruptcy Procedure governs adversary proceedings. Your attention is especially called to Federal Rule of Bankruptcy Procedure 7004 and the applicable provisions of Federal Rule of Civil Procedure 4 regarding time limits for service (Federal Rule of Bankruptcy Procedure 7004(f)) and dismissal for failure to make service (Federal Rule of Civil Procedure 4(m)). Should this adversary proceeding involve the United States of America or a Federal Agency or Officer as a defendant, you are directed to serve a copy of your summons and complaint upon all of the following:

a. The agency or officer involved.

b. United States Attorney for S.C.
   For: (Show Federal Agency US Attorney represents)
   1441 Main Street, Suite 500
   Columbia, SC 29201

c. The Attorney General of the United States
   Civil Division, Bankruptcy Section
   U.S. Department of Justice
   Washington, DC 20530

**THE PLEADING MUST SPECIFICALLY IDENTIFY THE FEDERAL AGENCY INVOLVED.**

If you do not receive an answer or a motion from the defendant(s) within the prescribed time period of the date of the issuance of the enclosed Summons, the defendant(s) will be considered in default.[1] At that time, it will be your responsibility as the plaintiff to provide the court with an Affidavit of Default along with a proposed Order for Default Judgement, or in the event of unliquidated damages or other relief that requires a hearing, a motion for such a hearing. If, however, the defendant(s) answer(s) the Complaint within the prescribed time period, a pretrial conference will be scheduled and parties will be so notified.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By:  K Ting, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

Enclosures

---

[1] If the United States or an agency thereof is a defendant, the United States or the agency shall serve its answer within 35 days after the issuance of the summons. The time for any defendant to answer may be further extended by Order of the Court (Federal Rule of Bankruptcy Procedure 7012(a)).