UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>JACQUELINE ELIZABETH ARD AND<br>TERRY FRANK NICOLA<br><br>Debtors. | Case No. 25-01384-jd<br><br>CHAPTER 7 |
| JACQUELINE E. ARD and<br>TERRY F. NICOLA<br><br>Plaintiffs<br><br>v.<br><br>THE SPA ON PORT ROYAL SOUND<br>HORIZONTAL PROPERTY REGIME, et al.,<br><br>Defendants. | Adversary Proceeding No.<br>25-80061-jd |

### DEFENDANT FAUTUA'S NOTICE OF MOTION AND MOTION TO DISMISS

Pursuant to Local Bankruptcy Rule 7012-1, with this motion the following required notice is given to the Plaintiffs, who filed this adversary proceeding *pro se*:

### NOTICE

A motion to dismiss is a request that one or more issues in a case be decided without holding a trial. Motions to dismiss are governed by Rule 12, Federal Rules of Civil Procedure made applicable to the Bankruptcy Code by Bankruptcy Rule 7012. Your complaint, or the portions of your complaint that the motion seeks to dismiss, may be dismissed if the court finds that the complaint does not contain sufficient allegations to state a claim upon which the court can grant relief. If you wish to oppose the motion to dismiss, you must file with the court and

1

serve on the other party a written response within the time period set forth in a notice that will be separately mailed to you by the Clerk of Court. If you file a written response, a hearing will be held at the location and time set forth in the notice from the Clerk of Court. **If you fail to file a timely written response to the motion, the court will consider the motion unopposed and may grant the motion without holding a hearing.** This will result in the termination of the proceeding, or some part thereof, in favor of the moving party.

## MOTION TO DISMISS

NOW COMES licensed attorney Lucas S. Fautua, a named defendant in this adversary proceeding, by and through counsel, and moves the Court to dismiss this proceeding against him, pursuant to Fed. R. Civ.P.12(b)(1), Fed. R. Civ.P.12(b)(2), Fed. R. Civ.P.12(b)(4), Fed. R. Civ.P.12(b)(5), and Fed. R. Civ.P.12(b)(6) of the Federal Rules of Civil Procedure as made applicable by Fed. R. Bankr. P. 7012.

As more particularly described in his Brief in Support of Defendant Fautua's Motion to Dismiss, this adversary proceeding should be dismissed as to Defendant Fautua because:

Pursuant to Rule 12(b)(1) the Court does not have subject matter jurisdiction to determine the claims set out against Defendant Fautua in the Complaint, which as a whole represent serial debtors' attempt to blame governmental officers, creditors, and creditors' attorneys for actions taken by them pursuant to established procedures and rules, and which, in Defendant Fautua's case, were (and are) required to be performed in the zealous representation of a creditor-client which engaged his employer-firm. Any disciplinary action warranted, if such existed—which is denied—would be determined by this Court and/or by the State Bar of South Carolina and not through a debtor's adversary proceeding.

Pursuant to Rule 12(b)(2) the Court does not have personal jurisdiction over Defendant Fautua because he has not been served with this action and is, at most, an attorney representing a creditor in the base case;

Pursuant to Rule 12(b)(4) there has been an insufficiency of process as to Defendant Fautua;

Pursuant to Rule 12(b)(5) there has been an insufficiency of service of process as to Defendant Fautua; and,

Pursuant to Rule 12(b)(6) there has been a failure to state a claim against Defendant Fautua upon which relief can be granted.

WHEREFORE, Defendant Fautua requests that the Amended Complaint be dismissed as to him, with prejudice, and that the Court allow such other and further relief to him as it deems just and proper.

*s/J. Ronald Jones, Jr.*
J. Ronald Jones, Jr. (Dist. Ct. ID 5874)
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C (29401)
Post Office Box 22795
Charleston, SC 29413
Telephone: (843) 714-2533

*Attorneys for Defendant Lucas Fautua*

Charleston, South Carolina
December 9, 2025

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA | Case No. 25-01384-JD |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Janet Craig Jackson, Paralegal to J. Ronald Jones, Jr. do hereby certify that I served on the persons below a copy of Defendant Fautua's Motions to Dismiss in the above-referenced adversary proceeding either by CM/ECF electronic mail or by depositing same in the United States Mail with sufficient postage affixed and addressed as follows:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076
*Plaintiff*

Kevin Campbell
Via CM/ECF
*Chapter 7 Trustee*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076
*Plaintiff*

US Trustee's Office
Via CM/ECF
*U.S. Trustee*

/s/ Janet Craig Jackson
Janet Craig Jackson, paralegal to
J. Ronald Jones, Jr., ID: 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Telephone: (843) 714-2535
rjones@smithdebnamlaw.com

*Attorneys for Defendant Lucas Fautua*

Charleston, South Carolina
December 9 , 2025

4