UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>JACQUELINE ELIZABETH ARD, AND<br>TERRY FRANK NICOLA<br><br>Debtors. | Case No. 25-01384-jd<br><br>CHAPTER 7 |
| JACQUELINE E. ARD and<br>TERRY F. NICOLA<br><br>Plaintiffs<br><br>v.<br><br>THE SPA ON PORT ROYAL SOUND<br>HORIZONTAL PROPERTY REGIME, et al.,<br><br>Defendants. | Adversary Proceeding No.<br><br>25-80061-jd |

### AFFIDAVIT OF CRYSTAL PATRICK RE: SERVICE

The undersigned, Crystal Patrick, being duly sworn, deposes and says as follows:

1. I am Crystal Patrick, a resident of Dorchester County, South Carolina.

2. I have worked as a paralegal for twelve (12) years in South Carolina, and have worked with J. Ronald Jones, Jr. in the Charleston, SC office of the Smith Debnam firm since March of 2020.

3. I am the person responsible for opening and sorting mail that is received in our office. I routinely stamp the date of receipt on the back of the mail, and deliver it to the person to whom it belongs.

4. If a Summons and/or Amended Complaint, or any similar document, had been received and was addressed to Lucas Fautua, the other attorney in our Charleston office, I would have provided it to Mr. Fautua, or his paralegal, the same day.

5. Had our office received a Summons and/or Amended Complaint by mail, we would have a record of it.

6. To the best of my knowledge, there was no mailing received by the firm's office (Charleston or Raleigh, NC) from the plaintiffs in this adversary proceeding.

This the 9th day of December, 2025.

_____
Crystal Patrick

Sworn to and subscribed before me
This 9th day of December, 2025.

_____
Notary Public
Janet Grays Jackson
My commission expires: 5/19/2026

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JACQUELINE ELIZABETH ARD, AND TERRY FRANK NICOLA | Case No. 25-01384-JD |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Janet Craig Jackson, Paralegal to J. Ronald Jones, Jr. do hereby certify that I served on the persons below a copy of the Affidavit of Crystal Patrick filed in the above-referenced adversary proceeding either by CM/ECF electronic mail or by depositing same in the United States Mail with sufficient postage affixed and addressed as follows:

Jacqueline Elizabeth Ard
21215 Dartmouth Dr.
Southfield, MI 48076
*Plaintiff*

Kevin Campbell
Via CM/ECF
*Chapter 7 Trustee*

Terry Frank Nicola
21215 Dartmouth Dr.
Southfield, MI 48076
*Plaintiff*

US Trustee's Office
Via CM/ECF
*U.S. Trustee*

/s/ Janet Craig Jackson
Janet Craig Jackson, Paralegal to
J. Ronald Jones, Jr., ID: 5874
Smith Debnam Narron Drake
Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Telephone: (843) 714-2535
rjones@smithdebnamlaw.com

*Attorneys for Defendant Lucas Fautua*

Charleston, South Carolina

December 9 , 2025