# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

Bankr. Case No. 25-01384-jd
Adv. Proc. No. 25-80061-jd

IN RE:

Jacqueline Ard and Terry F. Nicola

       Debtors

_____

Jacqueline Ard and Terry F. Nicola

vs.

The Spa on Port Royal Sound
Horizontal Property Regime; William B.
Mullis; Henry Sanders; Keith Baker and
John and Jane Doe Board Members of
The Spa on Port Royal Sound Horizontal
Property Regime, in their individual and
representative capacities IMC Resort
Services, Inc.; Christine M. Phillips; John
and Jane Doe Employees and Agents of
IMC Resort Services, in their individual and
representative capacities; Scott Wild,Esq.,
in his individual and professional capacity;
Jannine Mutterer, Special Referee for
Beaufort County, in her individual and
Official capacity; Jerri Ann Roseneau,
Beaufort County Clerk of Court, in her
individual and official capacity, Lucas Fautua,
Esq.,in his individual and professional capacity,
Beaufort County, Beaufort County Treasurer's
Office; and Beaufort County Assessor's Office;
and any other persons or entities later identified
as participants in the fraudulent scheme,

       Defendants.

_____

1

**Defendants The Spa on Port Royal Sound Horizontal Property Regime, Inc.'s and IMC Resort Services, Inc.'s Response to Fed. R. Bankr. P. 7007 (Corporate Ownership Statement)**

Defendants The Spa on Port Royal Sound Horizontal Property Regime and IMC Resort Services, Inc.

respond to Fed. R. Bankr. P. 7007 (Corporate Ownership Statement) as follows:

State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent of the outstanding shares.

**RESPONSE: The Spa on Port Royal Sound Horizontal Property Regime, Inc. and IMC Resort Services, Inc.  are not publicly owned companies: (1) none; (2) none; and 3) none.**

Respectfully submitted,

*s/John L. McCants*
John L. McCants, SC Bar No. 10423
Fed. I.D. 4870
**BAKER, RAVENEL & BENDER, LLP**
3710 Landmark Drive, Suite 109
Post Office Box 8057
Columbia, South Carolina 29202
Tele: (803) 343-3866
Email: jmccants@brblegal.com
*Attorneys for the Defendants The Spa on Port Royal Sound Horizontal Property Regime, William B. Mullis, Henry Sanders, Keith Barker, (identified as Keith Baker) and John and Jane Doe Board Members of The Spa on Port Royal Sound Horizontal Property Regime, in their individual and representative capacities,  IMC Resort Services, Inc., Christine M. Phillips, John and Jane Doe Employees and Agents of IMC Resort Services, in their individual and representative capacities.*

December 10, 2025

## **PROOF OF SERVICE**

The undersigned hereby certifies that he served on this 10th day of December 2025, Defendants' Response to Corporate Disclosure Pursuant to Fed. R. Bankr. P. 7007 by electronic e-mail and/or US Mail addressed to the following parties of record at the following addresses:

Jacqueline Elizabeth Ard, Plaintiff
2121 Dartmouth Dr
Southfield, MI 48076-5634
Vis U.S. Mail and via e-mail: jacquelineard72@gmail.com

Terry Frank Nicola, Plaintiff
2121 Darthmouth
Southfield, MI 48076
Via U.S. Mail and via e-mail: jacquelineard72@gmail.com

Kevin Campbell, Trustee
PO Box 684
Mount Pleasant, SC 29465
Via ECF

*s/John L. McCants*
John L. McCants, SC Bar No. 10423
Fed. I.D. 4870
**BAKER, RAVENEL & BENDER, LLP**
3710 Landmark Drive, Suite 109
Post Office Box 8057
Columbia, South Carolina 29202
Tele: (803) 343-3866
Email: jmccants@brblegal.com
*Attorneys for the Defendants The Spa on Port Royal Sound Horizontal Property Regime, Inc., William B. Mullis, Henry Sanders, Keith Barker, (identified as Keith Baker) and John and Jane Doe Board Members of The Spa on Port Royal Sound Horizontal Property Regime, in their individual and representative capacities, IMC Resort Services, Inc., Christine M. Phillips, John and Jane Doe Employees and Agents of IMC Resort Services, in their individual and representative capacities.*