Filed By The Court
01/15/26 5:24 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>**Jacqueline Ard and Terry F. Nicola,**<br>     **Debtor(s)** | BANKR. CASE NO.:25-01384-JD<br>ADV. PRO. NO.: 25−80061−JD<br><br>CHAPTER 7 |
| **Jacqueline Ard and Terry F. Nicola,**<br>     **Plaintiff(s),**<br>vs.<br><br>**The Spa on Port Royal Sound Horizontal Property Regime, et al.,**<br><br>     **Defendants.** | **NOTICE OF FILING**<br>**STANDING CURE MATERIALS** |

## NOTICE OF FILING — STANDING CURE MATERIALS

Debtors and Plaintiffs **Jacqueline Elizabeth Ard and Terry Frank Nicola**, appearing pro se, hereby give notice as follows:

1. Debtors hereby file their **Second Amended Adversary Complaint** and **Declaration Regarding Standing and Trustee Relationship (28 U.S.C. § 1746)** in response to the Court's January 14, 2026 Order to Show Cause concerning standing and real-party-in-interest issues under Fed. R. Civ. P. 17(a) and Fed. R. Bankr. P. 7017.
2. These filings expressly plead and establish that:
   - claims under **11 U.S.C. § 362(k)** are personal to the Debtors;
   - claim allowance, lien extent, and accounting counts are brought solely to **protect and preserve property of the estate**; and
   - Debtors are **not asserting trustee-exclusive causes of action**.
3. Debtors have notified the Chapter 7 Trustee of this adversary proceeding and have invited the Trustee to participate, intervene, or adopt any estate-protective claims. No objection has been lodged by the Trustee.
4. The Second Amended Complaint and Standing Declaration are filed **to cure any Rule 17 or party-in-interest concerns identified by the Court**, without seeking to expand the controversy or alter jurisdiction.

5. Debtors further advise that their **Designation of Matter under SC LBR 5011-1 has already been filed in the United States District Court** in connection with their pending Motion to Withdraw the Reference, and that such designation preserves Debtors' Article III and jury-trial rights without waiving Bankruptcy Court jurisdiction over pending motions.

Debtors file this Notice to ensure a clear record that all standing, jurisdictional, and party-in-interest issues raised by the Court have been addressed in full.

**Respectfully submitted,**

_____ 1-15-2026
**Jacqueline E. Ard, Debtor** *Pro Se*
21215 Dartmouth Dr
Southfield, MI 48076
(313) 770-7051

_____ 1-15-2026
**Terry F. Nicola, Co-Debtor** *Pro Se*
21215 Dartmouth Dr
Southfield, MI 48076
email: jacquelineard72@gmail.com