# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Filed By The Court
01/15/26 5:24 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

CASE NO.: 25-01384-JD
ADV PRO NO.: 25-80061-JD

IN RE:

**Jacqueline Ard and**
**Terry F. Nicola,**

　　　　　Debtor(s)

**PROOF OF SERVICE**
(Pursuant to 28 U.S.C. § 1746)

I, **Jacqueline Elizabeth Ard**, declare as follows:

1. I am a Plaintiff in this action and am over the age of eighteen. I have personal knowledge of the facts stated in this declaration.
2. On January 15, 2026, I caused the document(s) identified therein to be served upon all counsel and parties listed, by the method(s) stated (including CM/ECF electronic filing and/or U.S. Mail, and/or Electronic Mail), addressed to the recipients shown.

- **Debtors' Response to Order to Show Cause**
- **Debtors' Opposition to All Motions to Dismiss**
- **Declaration of Jacqueline Ard and Terry Nicola**
- **Notice of Filing Standing Cure Materials**

**Parties Served by U.S. Mail and/or Electronic Mail**

**U.S. Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201
Email: USTPRegion04.CO.ECF@usdoj.gov

**Kevin Campbell, Trustee**
Campbell Law Firm, P.A.

P.O. Box 684
Mount Pleasant, SC 29465
Tel: (843) 884-6874
Email: kcampbell@campbell-law-firm.com

**Michael H. Conrady, Esq.**
Campbell Law Firm, P.A.
890 Johnnie Dodds Blvd / P.O. Box 684
Mount Pleasant, SC 29465-0803
Email: mconrady@campbell-law-firm.com

**Lucas S. Fautua, Esq.**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: lfautua@smithdebnamlaw.com

**J. Ronald Jones, Jr., Esq.**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: rjones@smithdebnamlaw.com

**Christy L. Scott, Fed.I.D.No. 6215**
108 Carn Street,
Walterboro, SC 29488
Email: cscott@lawofficeofchristyscott.com

**David W. Overstreet**
Email: david@earhartoverstreet.com

**Andrew S. Platte**
Email: andrew.platte@earhartoverstreet.com

**Maxwell J. Seferian**
Email:max.seferian@earhartoverstreet.com

**John L. McCants**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: jmccants@brblegal.com

**IMC Resort Services, Inc.**
2 Corpus Christi, Suite 302
Hilton Head Island, SC 29928

**Christine M. Phillips**
108 Burnt Church Road
Bluffton, SC 29910

**Mark Benson**
22 Wells East Dr.
Hilton Head Island, SC 29926
Email: mark@IMCHHI.com

**Scott Wild, Esq.**
Law Office of Scott Wild
37 New Orleans Road, Suite F
Hilton Head Island, SC 29928
Email: scott@wildlawfirm.com

**Jannine M. Mutterer, Esq.**
Mutterer Law Firm, LLC
5 Red Cedar Street, Suite 102
Bluffton, SC 29910
Email: jannine@muttererlaw.com

**William B. Mullis**
239 Beach City Road, Apt. 2213
Hilton Head Island, SC 29926

**Henry Sanders**
239 Beach City Road, Apt. 1205
Hilton Head Island, SC 29926

**Keith Baker**
c/o The Spa on Port Royal Sound HOA Office
239 Beach City Road
Hilton Head Island, SC 29926

**Maryanne Stephenson**
HOA Agent, The Spa on Port Royal Sound
239 Beach City Road
Hilton Head Island, SC 29926

**Jerri Ann Roseneau**
Beaufort County Clerk of Court
102 Ribaut Road
Beaufort, SC 29902

**Robert J. Bonds, Esq.**
P.O. Box 2120
Walterboro, SC 29488


**County Defendants**

**Beaufort County Government**
100 Ribaut Road
Beaufort, SC 29902

**Beaufort County Treasurer's Office**
100 Ribaut Road, Suite 165
Beaufort, SC 29902

**Beaufort County Treasurer's Office (Mailing Address)**
P.O. Drawer 487
Beaufort, SC 29901

**Beaufort County Assessor's Office**
100 Ribaut Road, Room 210
County Administration Building
Beaufort, SC 29902

**Beaufort County Assessor's Office (Mailing Address)**
P.O. Drawer 1228
Beaufort, SC 29901


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of January, 2026.

_/s/ Jacqueline E. Ard_

**Jacqueline E. Ard**
239 Beach City Road
Hilton Head Island, SC 29926
Email: jacquelineard72@gmail.com
Telephone: (313)770-7051

4