**U.S. BANKRUPTCY COURT**

**District of South Carolina**

Case Number:  **25-01384-jd**

Adversary Proceeding Number:  **25-80061-jd**

### Notice of Hearing and Rule to Show Cause

The relief set forth on the following pages, for a total of 6 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**

**01/14/2026**



US Bankruptcy Judge

District of South Carolina

Entered: 01/14/2026

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re,<br><br>Jacqueline Elizabeth Ard and Terry Frank Nicola,<br><br><br>Debtor(s). | C/A No. 25-01384-jd<br><br>Adv. Pro. No. 25-80061-jd |
| Jacqueline Elizabeth Ard and Terry Frank Nicola,<br><br>                Plaintiff(s),<br><br>v.<br><br>The Spa on Port Royal Sound Horizontal Property Regime; William B. Mullis; Henry Sanders; Keith Baker; John and Jane Doe Board Members of The Spa on Port Royal Sound Horizontal Property Regime, in their individual and representative capacities; IMC Resort Services, Inc.; Christine M. Phillips; John and Jane Doe Employees and Agents of IMC Resort Services, Inc., in their individual and representative capacities; Scott M. Wild, Esq., in his individual and representative capacity; Jannine Mutterer, Special Referee for Beaufort County, in her individual and official capacity; Jerri Ann Roseneau, Beaufort County Clerk of Court, in her individual and official capacity; Lucas S. Fautua, Esq., in his individual and professional capacity; Beaufort County; Beaufort County Treasurer's Office; and Beaufort County Assessor's Office,<br><br><br>Defendant(s). | Chapter 7<br><br>**NOTICE OF HEARING AND<br>RULE TO SHOW CAUSE** |

Plaintiffs Jacqueline Elizabeth Ard and Terry Frank Nicola ("Plaintiffs"),
filed the above captioned adversary proceeding[1] on November 7, 2025. Prior to the
filing of responsive pleadings, Plaintiffs filed an amended complaint[2] on November
14, 2025.[3]

Defendants Lucas S. Fautua[4] and Scott M. Wild[5] each filed a *Notice and
Motion to Dismiss* pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5),
and 12(b)(6) in the above-captioned adversary proceeding. Further, Defendants Port
Royal Sound Horizontal Property Regime, Inc., William B. Mullis, Henry Sanders,
Keith Barker, IMC Resort Services, Inc., Christine M. Phillips, John and Jane Doe
Employees and Agents of IMC Resort Services, in their individual and
representative capacities, and John and Jane Doe Board Members of The Spa on
Port Royal Sound Horizontal Property Regime, in their individual and
representative capacities,[6] seek dismissal pursuant to Fed. R. Civ. P. 12(b)(1) and
12(b)(6) in the answer. Likewise, Defendant Jannie Mutterer[7] seeks dismissal
pursuant to Fed. R. Civ. P. 12(b)(6) and Defendants Jerri Ann Roseneau,[8] Beaufort
County Treasurer's Office,[9] Beaufort County, and Beaufort County Assessor's

---

[1] ECF No. 1.
[2] ECF No. 14.
[3] The Court notes that on January 5, 2026, Plaintiffs filed a Motion for Withdrawal of Reference.
Debtors shall comply with SC LBR 5011-1 prior to the transmittal of Debtors' pleading to the
District Court. This court retains jurisdiction over this matter pursuant to Fed. R. Bankr. P. 5011(c).
On the same day, Debtors also filed a Motion for Leave to File Second Amended Complaint (ECF No.
33) and a Notice and Demand for Jury Trial/District Court Adjudication (ECF No. 35), which the
Court will address in a separate order.
[4] ECF No. 21.
[5] ECF No. 30.
[6] ECF No. 20.
[7] ECF No. 24,
[8] ECF No. 26.
[9] ECF No. 27.

2

Office[10] seek dismissal pursuant to Fed. R. Civ. P. 12(b)(1).

A motion to dismiss is a request that one or more issues in a case be decided without holding a trial. Motions to dismiss are governed by Rule 12, Federal Rules of Civil Procedure. The complaint, or the portions of the complaint that the motion(s) seek to dismiss, may be dismissed if the court finds that the complaint does not contain sufficient allegations to state a claim upon which the court can grant relief. If Plaintiffs oppose the motion to dismiss, their response must be filed with the Court and served on Defendant(s), as applicable, **by January 28, 2026.** **Failure to file a timely response to the motion(s) may result in the court considering the motion(s) unopposed and therefore granting the motion(s) without holding a hearing.** This will result in the termination of the proceeding, or some part(s) thereof, in favor of the moving party.

Additionally, the Court notes that Plaintiffs' underlying bankruptcy case was filed under Chapter 13 on April 10, 2025. It was converted to Chapter 7 on September 9, 2025. The instant adversary proceeding was initiated after the conversion, on November 7, 2025. The standing of the parties is a threshold matter in all court proceedings and may be raised by the Court *sua sponte*. *In re Boyd*, 618 B.R. 133, 145 (Bankr. D.S.C. 2020) (citing *Benham v. City of Charlotte, N.C.*, 635 F.3d 129, 134 (4th Cir. 2011)). "In a bankruptcy case, in addition to constitutional standing concerns, the standing of a party requesting to be heard is dependent on whether the party is a party in interest." *In re Barnwell Cnty. Hosp.*, 459 B.R. 903,

---

[10] ECF No. 28.

3

906 (Bankr. D.S.C. 2011) (citing *In re Global Indus. Techs., Inc.*, 645 F.3d 201, 210 (3rd Cir.2011)). "'Party in interest' is a term of art in bankruptcy. Although not defined in the Bankruptcy Code, it reflects the unique nature of a bankruptcy case, where the global financial circumstances of a debtor are resolved with respect to all of debtor's creditors and other affected parties." *In re Barnwell Cnty. Hosp.*, 459 B.R. at 906. In chapter 7 cases, "the trustee becomes the estate's 'proper party in interest.'" *Matter of Richman*, 104 F.3d 654, 657 (4th Cir. 1997) (quoting *In re Eisen*, 31 F.3d 1447, 1451 n. 2 (9th Cir.1994)). As such, Plaintiffs are ordered to appear and show cause why this adversary proceeding should not be dismissed for lack of standing and/or failure to comply with Fed. R. Civ. P. 17(a), which requires actions to be prosecuted in the name of the real party in interest.[11]

Lastly, Federal Rule of Bankruptcy Procedure 9011(b) provides that:

> By presenting to the court a petition, pleading, written motion, or other document – whether by signing, filing, submitting, or later advocating it – an attorney or unrepresented party certifies that, to the best of the person's knowledge, information, and belief formed after an inquiry reasonable under the circumstances … (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument to extend, modify, or reverse existing law, or to establish new law.

Fed. R. Bankr. P. 9011(b). Bankruptcy Rule 9011(c)(3) empowers a bankruptcy court to enter an order describing specific conduct which appears to violate Fed. R. Bankr. P. 9011(b) and directing that party to show cause why it has not violated that subsection. The Amended Complaint alleges violations of the automatic stay despite a clear record establishing that no stay is in place in this case.[12] The

---

[11] Fed. R. Civ. P. 17 is made applicable to this proceeding by Fed. R. Bankr. P. 7017.
[12] *See* ECF Nos. 57 and 174.

4

Amended Complaint further alleges at least one cause of action to which there is no private right.[13] Plaintiffs are therefore ordered to appear and show cause why these assertions are not a violation of Fed. R. Bankr. P. 9011(b).

### NOW, THEREFORE, IT IS HEREBY ORDERED:

1.  Debtors must appear and show cause why the adversary proceeding should not be dismissed in whole or in part pursuant to Fed. R. Civ. P. 17(a);

2.  Debtors must appear and show cause why the Court should not sanction Debtors for failure to comply with Rule 9011 including, but not limited to, monetary sanctions and imposing a pre-filing injunction on Debtors prohibiting them from filing further pleadings without the assistance of counsel;

3.  The Court will conduct a hearing on these Rules to Show Cause as follows:

    Date:  February 18, 2026
    Time: 10:00 AM
    Place: King and Queen Building, 145 King Street, Charleston, SC

4.  Responses by Plaintiffs to the Rules to Show Cause shall be filed on or before January 28, 2026; and

5.  To the extent necessary, the Court will conduct a hearing on the motions to dismiss on February 18, 2026, at 10:00 AM.

### AND IT IS SO ORDERED.

---

[13] E.g., No private right of action for bankruptcy fraud exists under 18 USC § 152, which is a criminal statute aimed at preventing falsehoods in federal litigation.

5

United States Bankruptcy Court

District of South Carolina

Ard,

    Plaintiff

Adv. Proc. No. 25-80061-jd

The Spa on Port Royal Sound Horizontal P,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: pdf01 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Trustee Linda Barr, DOJ-Ust, 1835 Assembly Street, Ste 953, Columbia, SC 29201-2448 |
| dft | + | Beaufort County, 100 Ribaut Road, Beaufort, SC 29902-4453 |
| dft | + | Beaufort County Assessor's Office, 100 Ribaut Road, Room 210, PO Drawer 1228, Beaufort, SC 29901-1228 |
| dft | + | Beaufort County Treasurer's Office, 100 Ribaut Road, Suite 165, PO Drawer 487, Beaufort, SC 29901-0487 |
| dft | + | Christine M Phillips, IMC Resort Services, Inc., 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Henry Sanders, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | IMC Resort Services, Inc, 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Jannine Mutterer, Special Referee for Beaufort County, Mutterer Law Firm, LLC, 5 Red Cedar Street, Suite 102, Bluffton, SC 29910-8987 |
| dft | + | Jerri Ann Roseneau, Beaufort County Clerk of Court, 102 Ribaut Road, Beaufort, SC 29902-4453 |
| dft | + | John and Jane Doe Board Members of, The Spa on Port Royal Sound, Horizontal Property Regime, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | John and Jane Doe Employees and Agents of, IMC Resort Services, 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Keith Baker, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | Lucas S Fautua, Smith Debnam Narron Drake Sainsting and Myers, LLP, 171 Church Street, Suite 120C, Charleston, SC 29401-3136 |
| dft | + | Robert J. Bonds, Esq., PO Box 2120, Walterboro, SC 29488-0022 |
| dft | + | Scott M Wild, Law Office of Scott M Wild LLC, 37 New Orleans Road, Suite F, Hilton Head Island, SC 29928-4756 |
| dft | + | The Spa on Port Royal Sound Horizontal Property Re, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | William B. Mullis, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Jan 14 2026 21:27:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Jan 14 2026 21:27:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |
| ust | ^ | MEBN | Jan 14 2026 21:25:20 | Beth Ellis, DOJ-Ust, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| ust | ^ | MEBN | Jan 14 2026 21:25:16 | Jennifer E Jacobs, DOJ-Ust, 6305 Ivy Lane, Ste 600, Greenbelt, MD 20770-6305 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 14 2026 21:28:00 | John Timothy Stack, Office of the United States Trustee, 1835 Assembly Street Suite 953, Columbia, SC 29201-2448 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 14 2026 21:28:00 | US Trustee, Strom Thurmond Federal Bldg, 1835 Assembly Street, Suite 953, Columbia, SC 29201-2448 |

TOTAL: 6

District/off: 0420-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 14, 2026 | Form ID: pdf01 | Total Noticed: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | * | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| pla | *+ | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christy Scott | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Robert J. Bonds  Esq. cscott@lawofficeofchristyscott.com |
| David W. Overstreet | on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com  alexis.chavis@earhartoverstreet.com |
| J. Ronald Jones, Jr. | on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com  cpatrick@smithdebnamlaw.com |
| John L. McCants | on behalf of Defendant IMC Resort Services  Inc jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Christine M Phillips jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Keith Baker jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Henry Sanders jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant William B. Mullis jmccants@brblegal.com |

District/off: 0420-2    User: admin    Page 3 of 3
Date Rcvd: Jan 14, 2026    Form ID: pdf01    Total Noticed: 23

John L. McCants
        on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

Kevin Campbell
        kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com

Scott M Wild
        on behalf of Defendant Scott M Wild scott@wildlawfirm.com


TOTAL: 17