**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25–01384–jd

Adversary/Complaint Number: 25–80061–jd

Name of Debtor(s): Jacqueline Elizabeth Ard and Terry Frank Nicola

**Jacqueline Elizabeth Ard and**
**Terry Frank Nicola**

Plaintiffs(s)

v.

**The Spa on Port Royal Sound Horizontal Property Regime; Barry Mullins; Henry Sanders; Keith Baker; and John and Jane Doe Board Members of The Spa on Port Royal Sound Horizontal Property Regime, in their individual and representative capacities; IMC Resort Services, Inc.; Christine M. Phillips; John and Jane Doe Employees and Agents of IMC Resort Services, in their individual and representative capacities; Scott Wild, Esq., in his individual and professional capacity; Jannine Mutterer, Special Referee for Beaufort County, in her individual and official capacity; Jerri Ann Roseneau, Beaufort County Clerk of Court, in her individual and official capacity; Lucas Fautua, Esq., in her individual and professional capacity**

Defendants(s)

**DEFICIENCY NOTICE**

| Filed By The Court |
| --- |
| **1/16/26** |
| Lauren T Maxwell |
| Clerk of Court |
| US Bankruptcy Court |

To: Jacqueline Elizabeth Ard and Terry Frank Nicola

You have submitted to the Court for filing a document, Notice of Operative Pleading, which was received on 01/15/2026. The Notice of Operative Pleading is deficient for the following reason(s):

- ☐ The filing fee has not been paid (28 U.S.C. § 1930 and the Appendix thereto).
- ☑ No signature (written or conformed (shown by "/s/ John Doe")).
- ☐ Electronic event and image do not match. Explanation:
- ☐ Improper or no linkage of document. Explanation:
- ☐ No B121 Form (Your Statement About Your Social Security Number).
- ☐ The motion which should be noticed passively has not met all of the requirements of SC LBR 9013–4.   Explanation:
- ☐ Statement of Monthly Income and Means Test Calculation not in accordance with Fed. R. Bankr. P. 1007.
- ☐ Filing not in accordance with official forms.
- ☐ Motion to Avoid Lien/Judicial Lien not in compliance with Court procedures. Please see CM/ECF Participant's Guide for Motion to Avoid Lien – Without Passive Hearing Notice.
- ☑ Other: **Missing handwritten signature(s).**

Please cure the deficiency by **January 26, 2026**.

Upon failure to cure, the Court may enter an order striking the document, dismissing the case/adversary proceeding, or providing other adverse ruling without further notice or hearing.

Lauren T Maxwell
Clerk of Court
United States Bankruptcy Court

By: K Ting, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423

United States Bankruptcy Court
District of South Carolina

Ard,
    Plaintiff

Adv. Proc. No. 25-80061-jd

The Spa on Port Royal Sound Horizontal P,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 16, 2026 | Form ID: 320jwBNC | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: jacquelineard72@gmail.com | Jan 16 2026 21:24:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + Email/PDF: terrynicola30@gmail.com | Jan 16 2026 21:24:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | * | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| pla | *+ | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |
| Christy Scott | |

| District/off: 0420-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2026 | Form ID: 320jwBNC | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | |
| | on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | |
| | on behalf of Defendant Robert J. Bonds Esq. cscott@lawofficeofchristyscott.com |
| Christy Scott | |
| | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| David W. Overstreet | |
| | on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com alexis.chavis@earhartoverstreet.com |
| J. Ronald Jones, Jr. | |
| | on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com cpatrick@smithdebnamlaw.com |
| John L. McCants | |
| | on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant Henry Sanders jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant William B. Mullis jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant IMC Resort Services Inc jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant Christine M Phillips jmccants@brblegal.com |
| John L. McCants | |
| | on behalf of Defendant Keith Baker jmccants@brblegal.com |
| Kevin Campbell | |
| | kcampbell@campbell-law-firm.com kcampbell@ecf.axosfs.com |
| Scott M Wild | |
| | on behalf of Defendant Scott M Wild scott@wildlawfirm.com |

TOTAL: 17