**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>**Jacqueline Ard and<br>Terry F. Nicola,**<br>         **Debtor(s)** | BANKR. CASE NO.:25-01384-JD<br>ADV. PRO. NO.: 25−80061−JD<br><br>CHAPTER 7 |
| **Jacqueline Ard and<br>Terry F. Nicola,**<br>         **Plaintiff(s),**<br>vs.<br><br>**The Spa on Port Royal Sound Horizontal<br>Property Regime, et al.,**<br><br>         **Defendants.** | **NOTICE OF OPERATIVE<br>PLEADING** |

Filed By The Court
01/15/26 9:09 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

# NOTICE OF OPERATIVE PLEADING

Debtors and Plaintiffs **Jacqueline Elizabeth Ard and Terry Frank Nicola**, appearing pro se, hereby give notice to the Court and all parties as follows:

1. On **January 5, 2026**, Debtors filed their **Second Amended Adversary Complaint** pursuant to Fed. R. Bankr. P. 7015 and in direct response to:
   - Defendants' pending motions to dismiss under Rule 12;
   - the Court's January 14, 2026 Order to Show Cause regarding standing and Rule 9011; and
   - jurisdictional, immunity, and pleading objections raised by Defendants.
2. The **Second Amended Adversary Complaint is now the sole operative pleading** in this adversary proceeding and supersedes all prior versions, including:
   - the original Complaint (ECF No. 1), and
   - the First Amended Complaint (ECF No. 14).
3. The Second Amended Complaint:
   - pleads Debtors' **personal § 362(k) claims**;
   - pleads **claim allowance, lien extent, and accounting counts solely as estate-protective** claims;
   - expressly disclaims review or vacatur of any state-court judgment;

- - identifies **core vs. non-core** claims count-by-count;
  - pleads **post-petition conduct** as the source of federal injury;
  - includes a **Rule 7008 non-consent and Article III election**; and
  - pleads fraud-based allegations with **Rule 9(b) particularity**.
4. All pending motions to dismiss, answers, and Rule 12 challenges directed to earlier pleadings must therefore be construed as applying, if at all, only to the **Second Amended Adversary Complaint**, which has cured the jurisdictional, standing, immunity, and pleading defects asserted by Defendants and identified by the Court.
5. Debtors file this Notice to prevent any claim of waiver, delay, or procedural ambiguity and to ensure a clear record that the Court and all parties are proceeding on the correct operative pleading for purposes of the Court's **January 28, 2026 response deadline** and the **February 18, 2026 hearing.**

Executed on this ___ day of _____, 2026.

**Respectfully submitted,**


_____            _____
**Jacqueline E. Ard, Debtor** *Pro Se*            **Terry F. Nicola, Co-Debtor** *Pro Se*
21215 Dartmouth Dr                                              21215 Dartmouth Dr
Southfield, MI 48076                                            Southfield, MI 48076
(313) 770-7051                                                  email: jacquelineard72@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Filed By The Court
01/15/26 9:09 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>**Jacqueline Ard and**<br>**Terry F. Nicola,**<br><br>　　　　　　**Debtor(s)** | BK CASE NO.:25-01384-JL<br>ADV. PRO. NO.: 25−80061−JD |
| **Jacqueline Ard and**<br>**Terry F. Nicola,**<br><br>　　　　　　**Plaintiff(s),**<br>vs.<br><br>**The Spa on Port Royal Sound Horizontal**<br>**Property Regime, et al.,**<br><br>　　　　　　**Defendants.** | CHAPTER 7<br><br>**RULE 7008 STATEMENT,**<br>**ARTICLE III, AND JURY**<br>**RESERVATION** |

## RULE 7008 STATEMENT, ARTICLE III ELECTION AND JURY RESERVATION

Plaintiffs **Jacqueline Elizabeth Ard and Terry Frank Nicola**, appearing pro se, hereby state and give notice as follows:

**I. Rule 7008 Non-Consent**

Pursuant to **Federal Rule of Bankruptcy Procedure 7008(a)** and **28 U.S.C. § 157(c)(2)**, Plaintiffs **do not consent** to the Bankruptcy Court entering final judgment on **any claim or issue** in this adversary proceeding, whether designated as **core or non-core**.

Plaintiffs expressly preserve their right to **Article III adjudication** by the United States District Court.

This statement is intentional, explicit, and is not waived by participation in motion practice, discovery, or hearings.
See **Stern v. Marshall, 564 U.S. 462 (2011)**; **Wellness Int'l Network, Ltd. v. Sharif, 575 U.S. 665 (2015)**.

1

## II. Election of District-Court Adjudication

Plaintiffs hereby **elect adjudication of all issues** in this adversary proceeding by the **United States District Court**, including:

- all legal claims,
- all equitable claims,
- all core claims,
- all non-core claims, and
- all matters requiring final judgment.

This election is made to preserve Plaintiffs' constitutional rights under **Article III** and the **Seventh Amendment**.

## III. Jury-Trial Reservation (SC LBR 9015-1; 28 U.S.C. § 157(e))

Plaintiffs **demand a jury trial on all legal claims so triable**, including but not limited to:

- § 362(k) damages,
- FDCPA damages,
- Fair Housing Act damages,
- ADA damages,
- and any other claims sounding in law.

Plaintiffs **do not consent** to a jury trial being conducted by the Bankruptcy Court.

Plaintiffs expressly reserve the jury trial to the **United States District Court** pursuant to:

- **28 U.S.C. § 157(e)**,
- **SC LBR 9015-1**, and
- **Granfinanciera, S.A. v. Nordberg, 492 U.S. 33 (1989)**.

## IV. No Waiver

Nothing in Plaintiffs' filings, including their participation in bankruptcy-court proceedings or motion practice, shall be construed as:

- consent to bankruptcy-court final adjudication, or
- waiver of their jury-trial rights, or
- waiver of Article III adjudication.

**Dated** _____

**Respectfully submitted,**

_____                    _____
**Jacqueline E. Ard, Debtor** *Pro Se*              **Terry F. Nicola, Co-Debtor** *Pro Se*
21215 Dartmouth Dr                                  21215 Dartmouth Dr
Southfield, MI 48076                                Southfield, MI 48076
(313) 770-7051                                      email: jacquelineard72@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

Filed By The Court
01/15/26 9:09 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

CASE NO.: 25-01384-JD
ADV PRO NO: 25-80061

IN RE:

Jacqueline Ard and
Terry F. Nicola,

          Debtor(s)

## PROOF OF SERVICE
**(Pursuant to 28 U.S.C. § 1746)**

I, **Jacqueline Elizabeth Ard**, declare as follows:

1. I am a Plaintiff in this action and am over the age of eighteen. I have personal knowledge of the facts stated in this declaration.
2. On January 15, 2026, I caused the document(s) identified therein to be served upon all counsel and parties listed, by the method(s) stated (including CM/ECF electronic filing and/or U.S. Mail, and/or Electronic Mail), addressed to the recipients shown.

- **Notice of Operative Pleading**
- **Rule 7008 & Jury Reservation**
- **Proof of Service**

**Parties Served by U.S. Mail and/or Electronic Mail**

**U.S. Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201
Email: USTPRegion04.CO.ECF@usdoj.gov

**Kevin Campbell, Trustee**
Campbell Law Firm, P.A.
P.O. Box 684
Mount Pleasant, SC 29465

1

Tel: (843) 884-6874
Email: kcampbell@campbell-law-firm.com

**Michael H. Conrady, Esq.**
Campbell Law Firm, P.A.
890 Johnnie Dodds Blvd / P.O. Box 684
Mount Pleasant, SC 29465-0803
Email: mconrady@campbell-law-firm.com

**Lucas S. Fautua, Esq.**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: lfautua@smithdebnamlaw.com

**J. Ronald Jones, Jr., Esq.**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: rjones@smithdebnamlaw.com

**Christy L. Scott, Fed.I.D.No. 6215**
108 Carn Street,
Walterboro, SC 29488
Email: cscott@lawofficeofchristyscott.com

**David W. Overstreet**
Email: david@earhartoverstreet.com

**Andrew S. Platte**
Email: andrew.platte@earhartoverstreet.com

**Maxwell J. Seferian**
Email:max.seferian@earhartoverstreet.com

**John L. McCants**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: jmccants@brblegal.com

**IMC Resort Services, Inc.**
2 Corpus Christi, Suite 302
Hilton Head Island, SC 29928

**Christine M. Phillips**
108 Burnt Church Road
Bluffton, SC 29910

**Mark Benson**
22 Wells East Dr.
Hilton Head Island, SC 29926
Email: mark@IMCHHI.com

**Scott Wild, Esq.**
Law Office of Scott Wild
37 New Orleans Road, Suite F
Hilton Head Island, SC 29928
Email: scott@wildlawfirm.com

**Jannine M. Mutterer, Esq.**
Mutterer Law Firm, LLC
5 Red Cedar Street, Suite 102
Bluffton, SC 29910
Email: jannine@muttererlaw.com

**William B. Mullis**
239 Beach City Road, Apt. 2213
Hilton Head Island, SC 29926

**Henry Sanders**
239 Beach City Road, Apt. 1205
Hilton Head Island, SC 29926

**Keith Baker**
c/o The Spa on Port Royal Sound HOA Office
239 Beach City Road
Hilton Head Island, SC 29926

**Maryanne Stephenson**
HOA Agent, The Spa on Port Royal Sound
239 Beach City Road
Hilton Head Island, SC 29926

**Jerri Ann Roseneau**
Beaufort County Clerk of Court
102 Ribaut Road
Beaufort, SC 29902

**Robert J. Bonds, Esq.**
P.O. Box 2120
Walterboro, SC 29488

## County Defendants

**Beaufort County Government**
100 Ribaut Road
Beaufort, SC 29902

**Beaufort County Treasurer's Office**
100 Ribaut Road, Suite 165
Beaufort, SC 29902

**Beaufort County Treasurer's Office (Mailing Address)**
P.O. Drawer 487
Beaufort, SC 29901

**Beaufort County Assessor's Office**
100 Ribaut Road, Room 210
County Administration Building
Beaufort, SC 29902

**Beaufort County Assessor's Office (Mailing Address)**
P.O. Drawer 1228
Beaufort, SC 29901


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of _____, 2026.


_____
**Jacqueline E. Ard**
239 Beach City Road
Hilton Head Island, SC 29926
Email: jacquelineard72@gmail.com
Telephone: (313)770-7051

United States Bankruptcy Court
District of South Carolina

Ard,
  Plaintiff

Adv. Proc. No. 25-80061-jd

The Spa on Port Royal Sound Horizontal P,
  Defendant

# CERTIFICATE OF NOTICE

District/off: 0420-2         User: admin         Page 1 of 3
Date Rcvd: Jan 16, 2026      Form ID: pdf01      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Trustee Linda Barr, DOJ-Ust, 1835 Assembly Street, Ste 953, Columbia, SC 29201-2448 |
| dft | + | Beaufort County, 100 Ribaut Road, Beaufort, SC 29902-4453 |
| dft | + | Beaufort County Assessor's Office, 100 Ribaut Road, Room 210, PO Drawer 1228, Beaufort, SC 29901-1228 |
| dft | + | Beaufort County Treasurer's Office, 100 Ribaut Road, Suite 165, PO Drawer 487, Beaufort, SC 29901-0487 |
| dft | + | Christine M Phillips, IMC Resort Services, Inc., 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Henry Sanders, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | IMC Resort Services, Inc, 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Jannine Mutterer, Special Referee for Beaufort County, Mutterer Law Firm, LLC, 5 Red Cedar Street, Suite 102, Bluffton, SC 29910-8987 |
| dft | + | Jerri Ann Roseneau, Beaufort County Clerk of Court, 102 Ribaut Road, Beaufort, SC 29902-4453 |
| dft | + | John and Jane Doe Board Members of, The Spa on Port Royal Sound, Horizontal Property Regime, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | John and Jane Doe Employees and Agents of, IMC Resort Services, 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Keith Baker, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | Lucas S Fautua, Smith Debnam Narron Drake Sainsting and, Myers, LLP, 171 Church Street, Suite 120C, Charleston, SC 29401-3136 |
| dft | + | Robert J. Bonds, Esq., PO Box 2120, Walterboro, SC 29488-0022 |
| dft | + | Scott M Wild, Law Office of Scott M Wild LLC, 37 New Orleans Road, Suite F, Hilton Head Island, SC 29928-4756 |
| dft | + | The Spa on Port Royal Sound Horizontal Property Re, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | William B. Mullis, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Jan 16 2026 21:24:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Jan 16 2026 21:24:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |
| ust | ^ | MEBN | Jan 16 2026 21:22:40 | Beth Ellis, DOJ-Ust, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| ust | ^ | MEBN | Jan 16 2026 21:22:39 | Jennifer E Jacobs, DOJ-Ust, 6305 Ivy Lane, Ste 600, Greenbelt, MD 20770-6305 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 16 2026 21:24:00 | John Timothy Stack, Office of the United States Trustee, 1835 Assembly Street Suite 953, Columbia, SC 29201-2448 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 16 2026 21:24:00 | US Trustee, Strom Thurmond Federal Bldg, 1835 Assembly Street, Suite 953, Columbia, SC 29201-2448 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | * | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| pla | *+ | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christy Scott | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Robert J. Bonds Esq. cscott@lawofficeofchristyscott.com |
| David W. Overstreet | on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com alexis.chavis@earhartoverstreet.com |
| J. Ronald Jones, Jr. | on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com cpatrick@smithdebnamlaw.com |
| John L. McCants | on behalf of Defendant IMC Resort Services Inc jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Christine M Phillips jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Keith Baker jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Henry Sanders jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant William B. Mullis jmccants@brblegal.com |

District/off: 0420-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 16, 2026 | Form ID: pdf01 | Total Noticed: 23

John L. McCants
    on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

Kevin Campbell
    kcampbell@campbell-law-firm.com kcampbell@ecf.axosfs.com

Scott M Wild
    on behalf of Defendant Scott M Wild scott@wildlawfirm.com

TOTAL: 17