# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:** | ) BK CASE NO.:25-01384-JD |
| | ) ADV. PRO. NO.: 25−80061−JD |
| **Jacqueline Ard and** | ) |
| **Terry F. Nicola,** | ) |
| **Debtor(s)** | ) CHAPTER 7 |
| | ) |
| | ) |
| **Jacqueline Ard and** | ) |
| **Terry F. Nicola,** | ) |
| | ) |
| **Plaintiff(s),** | ) **CORRECTED DESIGNATION** |
| vs. | ) **OF MATTER** |
| | ) **(SUPPLEMENTING ECF NO. 41)** |
| | ) |
| **The Spa on Port Royal Sound Horizontal** | ) |
| **Property Regime, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

Filed By The Court
01/16/26 3:32 p.m.
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

## CORRECTED DESIGNATION OF MATTER
**(SUPPLEMENTING ECF NO. 41)**

**Pursuant to 28 U.S.C. § 157(d) and S.C. Local Bankruptcy Rule 5011-1**

Plaintiffs/Debtors **Jacqueline Elizabeth Ard** and **Terry Frank Nicola**, appearing *pro se*, hereby submit this **Corrected Designation of Matter**, supplementing their previously filed **Amended Motion for Withdrawal of Reference and Designation of Record (ECF No. 41)**, to identify with specificity the matters and **docket entries** in Adversary Proceeding No. **25-80061** for which withdrawal of the reference is sought, in full compliance with **S.C. Local Bankruptcy Rule 5011-1**.

This filing is intended solely to clarify and supplement the record designation and does **not** alter, narrow, or waive any grounds asserted for withdrawal.

## I. MATTERS FOR WHICH WITHDRAWAL OF THE REFERENCE IS SOUGHT

Debtors seek both mandatory and permissive withdrawal of the reference with respect to the following matters in this adversary proceeding.

## A. Matters Subject to MANDATORY Withdrawal

(28 U.S.C. § 157(d))

Mandatory withdrawal is required because resolution of these matters requires substantial and material consideration of non-bankruptcy federal law, including federal statutes and constitutional provisions:

1. **Fair Debt Collection Practices Act claims**
   (15 U.S.C. § 1692 et seq.)
2. **Fair Housing Act disability-discrimination and retaliation claims**
   (42 U.S.C. §§ 3604(f), 3617)
3. **Americans with Disabilities Act claims**
   (42 U.S.C. § 12132)
4. **Federal constitutional issues**, including:
   o   Article III adjudicatory authority;
   o   Seventh Amendment jury-trial rights;
   o   Due process limitations on state and quasi-judicial actors;
   o   Immunity defenses raised by Defendants.
5. **Claims and defenses involving federal civil-rights and consumer-protection statutes** that cannot be finally adjudicated by the Bankruptcy Court.

## B. Matters Subject to PERMISSIVE Withdrawal

(28 U.S.C. § 157(d))

Permissive withdrawal is warranted in the interests of judicial economy, uniformity of federal law, and constitutional preservation for the following matters:

1. **All jury-triable claims**, as to which Debtors have expressly demanded a jury trial and **do not consent** to jury trial in the Bankruptcy Court;
2. **All non-core proceedings** and related-to claims asserted in the Second Amended Adversary Complaint;
3. **Dispositive motions** invoking:
   o   Rule 12(b)(1), (2), (4), (5), and (6);
   o   Judicial, quasi-judicial, and sovereign immunity;
   o   Rooker–Feldman and constitutional jurisdictional doctrines;
4. **Claims against attorney and governmental defendants** requiring Article III adjudication;
5. **Intertwined core and non-core claims** where withdrawal will avoid piecemeal litigation and inconsistent rulings.

# II. DESIGNATION OF RECORD
**(Specific Docket Entries to Be Transmitted)**

Pursuant to **SC LBR 5011-1**, Debtors hereby designate the following **specific docket entries** in Adversary Proceeding No. 25-80061 to be transmitted to the United States District Court:

1.  **ECF No. 1** — Complaint (filed 11/07/2025)
2.  **ECF No. 14** — Amended Complaint (filed 11/14/2025)
3.  **ECF No. 20** — Answer and Motion to Dismiss by SPA / IMC / Board Defendants
4.  **ECF No. 21** — Motion to Dismiss by Defendant Lucas S. Fautua
5.  **ECF No. 22** — Memorandum in Support of Motion to Dismiss (Fautua)
6.  **ECF No. 23** — Affidavit in Support of Motion to Dismiss (Fautua)
7.  **ECF No. 24** — Answer by Defendant Jannine Mutterer
8.  **ECF No. 26** — Answer by Defendant Jerri Ann Roseneau
9.  **ECF No. 27** — Answer by Beaufort County Treasurer's Office
10. **ECF No. 28** — Answer by Beaufort County and Assessor's Office
11. **ECF No. 29** — Answer by Robert J. Bonds
12. **ECF No. 30** — Motion to Dismiss by Defendant Scott M. Wild
13. **ECF No. 31** — Memorandum and Affidavits in Support (Wild)
14. **ECF No. 33** — Debtors' Motion for Leave to File Second Amended Complaint
15. **ECF No. 34** — Motion for Withdrawal of Reference
16. **ECF No. 35** — Jury Trial Demand and Election of District Court Adjudication
17. **ECF No. 37** — Notice of Hearing and Rule to Show Cause
18. **ECF No. 41** — Amended Motion for Withdrawal of Reference and Designation of Record
19. **ECF No. 45** — Debtors' Response to Order to Show Cause
20. **ECF No. 46** — Debtors' Opposition to All Motions to Dismiss
21. **ECF No. 47** — Declaration of Debtors re Standing and Trustee Relationship
22. **ECF No. 48** — Notice of Filing (Standing Cure Materials)

Debtors reserve the right to **supplement this designation** should additional docket entries become relevant to the District Court's consideration of withdrawal.

## III. RELIEF REQUESTED

Debtors respectfully request that:

1.  This **Corrected Designation of Matter** be accepted as curing the deficiency identified in ECF No. 44;
2.  The Clerk of the Bankruptcy Court transmit the designated record to the United States District Court pursuant to **SC LBR 5011-1**;
3.  The District Court consider Debtors' pending Motion for Withdrawal of Reference on the merits.

Dated    1-16-2026

Respectfully submitted,

1-16-2026

_____
**Jacqueline E. Ard, Debtor** *Pro Se*
21215 Dartmouth Dr
Southfield, MI 48076
(313) 770-7051

1·16·2026

_____
**Terry F. Nicola, Co-Debtor** *Pro Se*
21215 Dartmouth Dr
Southfield, MI 48076
email: jacquelineard72@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **IN RE:**<br><br>**Jacqueline Ard and**<br>**Terry F. Nicola,**<br><br>               **Debtor(s)**<br>──────────────────────<br><br>**Jacqueline Ard and**<br>**Terry F. Nicola,**<br><br>            **Plaintiff(s),**<br>    vs.<br><br>**The Spa on Port Royal Sound Horizontal**<br>**Property Regime, et al.,**<br><br><br>            **Defendants.**<br>────────────────────── | WITHDRAWAL FROM<br>BANKR. CASE NO.:25-01384-JD<br>ADV. PRO. NO.: 25−80061−JD<br><br>CHAPTER 7<br><br><br><br>**NOTICE OF FILING**<br>**CORRECTED DESIGNATION**<br>**OF MATTER** |

## NOTICE OF FILING CORRECTED DESIGNATION OF MATTER
*(Supplementing ECF No. 41)*

Plaintiffs/Debtors **Jacqueline Elizabeth Ard** and **Terry Frank Nicola**, appearing *pro se*, hereby give notice that they have filed a **Corrected Designation of Matter (Supplementing ECF No. 41)** pursuant to **28 U.S.C. § 157(d)** and **S.C. Local Bankruptcy Rule 5011-1**.

This Corrected Designation is filed solely to **cure the deficiency identified by the Clerk** regarding the identification of **specific designated docket entries** in Adversary Proceeding No. **25-80061**, and to clarify the matters for which **mandatory and permissive withdrawal of the reference** is sought.

The Corrected Designation:

1. Identifies with specificity the **matters subject to mandatory withdrawal** under 28 U.S.C. § 157(d);
2. Identifies the **matters subject to permissive withdrawal** in the interests of judicial economy and constitutional preservation; and

3. Enumerates the **specific docket entries** designated for transmittal to the United States District Court, in full compliance with **S.C. LBR 5011-1**.

This filing **supplements and does not supersede** the previously filed **Amended Motion for Withdrawal of Reference and Designation of Record (ECF No. 41)**. Debtors expressly reserve all rights asserted therein, including their **jury-trial demand**, **Rule 7008 non-consent**, and **Article III adjudication** election.

**Respectfully submitted,**

_____ 1-16-2026
**Jacqueline E. Ard, Debtor** *Pro Se*
21215 Dartmouth Dr
Southfield, MI 48076
(313) 770-7051

_____ 1-16-2026
**Terry F. Nicola, Co-Debtor** *Pro Se*
21215 Dartmouth Dr
Southfield, MI 48076
email: jacquelineard72@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

**IN RE:**

**Jacqueline Ard and**
**Terry F. Nicola,**

**Debtor(s)**

**CASE NO.: 25-01384-JD**
**ADV PRO NO: 25-80061**
**SC COURT CASE NO. 2023-CP-07-01818**

# PROOF OF SERVICE
**(Pursuant to 28 U.S.C. § 1746)**

I, **Jacqueline Elizabeth Ard**, declare as follows:

1. I am a Plaintiff in this action and am over the age of eighteen. I have personal knowledge of the facts stated in this declaration.
2. On January 15, 2026, I caused the document(s) identified therein to be served upon all counsel and parties listed, by the method(s) stated (including CM/ECF electronic filing and/or U.S. Mail, and/or Electronic Mail), addressed to the recipients shown.

- **Corrected Designation of Matter**
- **Notice of Filing Designation of Matter**
- **Proof of Service**

**Parties Served by U.S. Mail and/or Electronic Mail**

**U.S. Trustee's Office**
Strom Thurmond Federal Building
1835 Assembly Street, Suite 953
Columbia, SC 29201
Email: USTPRegion04.CO.ECF@usdoj.gov

**Kevin Campbell, Trustee**
Campbell Law Firm, P.A.
P.O. Box 684
Mount Pleasant, SC 29465

Tel: (843) 884-6874
Email: kcampbell@campbell-law-firm.com

**Michael H. Conrady, Esq.**
Campbell Law Firm, P.A.
890 Johnnie Dodds Blvd / P.O. Box 684
Mount Pleasant, SC 29465-0803
Email: mconrady@campbell-law-firm.com

**Lucas S. Fautua, Esq.**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: lfautua@smithdebnamlaw.com

**J. Ronald Jones, Jr., Esq.**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: rjones@smithdebnamlaw.com

**Christy L. Scott, Fed.I.D.No. 6215**
108 Carn Street,
Walterboro, SC 29488
Email: cscott@lawofficeofchristyscott.com

**David W. Overstreet**
Email: david@earhartoverstreet.com

**Andrew S. Platte**
Email: andrew.platte@earhartoverstreet.com

**Maxwell J. Seferian**
Email:max.seferian@earhartoverstreet.com

**John L. McCants**
Smith Debnam Narron Drake Saintsing & Myers, LLP
171 Church Street, Suite 120C
Charleston, SC 29401
Email: jmccants@brblegal.com

**IMC Resort Services, Inc.**
2 Corpus Christi, Suite 302
Hilton Head Island, SC 29928

**Christine M. Phillips**
108 Burnt Church Road
Bluffton, SC 29910

**Mark Benson**
22 Wells East Dr.
Hilton Head Island, SC 29926
Email: mark@IMCHHI.com

**Scott Wild, Esq.**
Law Office of Scott Wild
37 New Orleans Road, Suite F
Hilton Head Island, SC 29928
Email: scott@wildlawfirm.com

**Jannine M. Mutterer, Esq.**
Mutterer Law Firm, LLC
5 Red Cedar Street, Suite 102
Bluffton, SC 29910
Email: jannine@muttererlaw.com

**William B. Mullis**
239 Beach City Road, Apt. 2213
Hilton Head Island, SC 29926

**Henry Sanders**
239 Beach City Road, Apt. 1205
Hilton Head Island, SC 29926

**Keith Baker**
c/o The Spa on Port Royal Sound HOA Office
239 Beach City Road
Hilton Head Island, SC 29926

**Maryanne Stephenson**
HOA Agent, The Spa on Port Royal Sound
239 Beach City Road
Hilton Head Island, SC 29926

**Jerri Ann Roseneau**
Beaufort County Clerk of Court
102 Ribaut Road
Beaufort, SC 29902

**Robert J. Bonds, Esq.**
P.O. Box 2120
Walterboro, SC 29488

## County Defendants

**Beaufort County Government**
100 Ribaut Road
Beaufort, SC 29902

**Beaufort County Treasurer's Office**
100 Ribaut Road, Suite 165
Beaufort, SC 29902

**Beaufort County Treasurer's Office (Mailing Address)**
P.O. Drawer 487
Beaufort, SC 29901

**Beaufort County Assessor's Office**
100 Ribaut Road, Room 210
County Administration Building
Beaufort, SC 29902

**Beaufort County Assessor's Office (Mailing Address)**
P.O. Drawer 1228
Beaufort, SC 29901

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January , 2026.

**Jacqueline E. Ard**
239 Beach City Road
Hilton Head Island, SC 29926
Email: jacquelineard72@gmail.com
Telephone: (313)770-7051