## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number:  **25-01384-jd**
Adversary Proceeding Number:  **25-80061-jd**

### ORDER

The relief set forth on the following pages, for a total of 3 pages including this page, is
hereby ORDERED.

---

**FILED BY THE COURT**
**01/21/2026**



*S. Jefferson Davis IV*

US Bankruptcy Judge
District of South Carolina

Entered: 01/21/2026

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

In re,

Jacqueline Elizabeth Ard and Terry
Frank Nicola,

Debtor(s).

Jacqueline Elizabeth Ard and Terry
Frank Nicola,

                                        Plaintiff(s),

v.

The Spa on Port Royal Sound Horizontal
Property Regime; William B. Mullis;
Henry Sanders; Keith Baker; John and
Jane Doe Board Members of The Spa on
Port Royal Sound Horizontal Property
Regime, in their individual and
representative capacities; IMC Resort
Services, Inc.; Christine M. Phillips;
John and Jane Doe Employees and
Agents of IMC Resort Services, Inc., in
their individual and representative
capacities; Scott M. Wild, Esq., in his
individual and representative capacity;
Jannine Mutterer, Special Referee for
Beaufort County, in her individual and
official capacity; Jerri Ann Roseneau,
Beaufort County Clerk of Court, in her
individual and official capacity; Lucas S.
Fautua, Esq., in his individual and
professional capacity; Beaufort County;
Beaufort County Treasurer's Office;
Beaufort County Assessor's Office; and
Robert J. Bonds, Esq.,

Defendant(s).

C/A No. 25-01384-jd

Adv. Pro. No. 25-80061-jd

Chapter 7

**ORDER**

1

---

**TAKE NOTICE** that on January 5, 2026, Plaintiffs filed a Motion for Leave to File Second Amended Adversary Complaint[1] pursuant Fed. R. Civ. P. 15(a)(2).[2] Fed. R. Civ. P. 15(a) allows a party to "amend its pleading once as a matter of course," without first seeking leave from the court.[3] Once the party has amended as a matter of course, or the time limit prescribed under Rule 15(a) has expired, the party "may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The Court should freely give leave when justice so requires." *Id.*

Accordingly, the Court grants Defendant(s) a period of 14 days from the entry of this Order in which to file any written opposition to Plaintiffs' Motion for Leave to Amend. Should Defendant(s) oppose the Motion, Plaintiffs will then have 7 days in which to file a reply. Only after the Motion is ripe for decision will the Court determine whether Plaintiffs should be granted leave to file the Second Amended Complaint. Should Defendant(s) fail to timely respond, the Plaintiffs may obtain a reissued summons and serve Defendant(s) with the Second Amended Complaint and summons in a manner compliant with Fed. R. Bankr. P. 7004.

**AND IT IS SO ORDERED.**

---

[1] ECF No. 33.
[2] Made applicable to this proceeding through Fed. R. Bankr. P. 7015.
[3] Debtors filed their first Amended Complaint on November 14, 2025 (ECF No. 14).

2

United States Bankruptcy Court

District of South Carolina

Ard,

    Plaintiff                                                    Adv. Proc. No. 25-80061-jd

The Spa on Port Royal Sound Horizontal P,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0420-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: pdf01 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Trustee Linda Barr, DOJ-Ust, 1835 Assembly Street, Ste 953, Columbia, SC 29201-2448 |
| dft | + | Beaufort County, 100 Ribaut Road, Beaufort, SC 29902-4453 |
| dft | + | Beaufort County Assessor's Office, 100 Ribaut Road, Room 210, PO Drawer 1228, Beaufort, SC 29901-1228 |
| dft | + | Beaufort County Treasurer's Office, 100 Ribaut Road, Suite 165, PO Drawer 487, Beaufort, SC 29901-0487 |
| dft | + | Christine M Phillips, IMC Resort Services, Inc., 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Henry Sanders, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | IMC Resort Services, Inc, 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Jannine Mutterer, Special Referee for Beaufort County, Mutterer Law Firm, LLC, 5 Red Cedar Street, Suite 102, Bluffton, SC 29910-8987 |
| dft | + | Jerri Ann Roseneau, Beaufort County Clerk of Court, 102 Ribaut Road, Beaufort, SC 29902-4453 |
| dft | + | John and Jane Doe Board Members of, The Spa on Port Royal Sound, Horizontal Property Regime, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | John and Jane Doe Employees and Agents of, IMC Resort Services, 2 Corpus Christi, Suite 302, Hilton Head Island, SC 29928-1703 |
| dft | + | Keith Baker, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | Lucas S Fautua, Smith Debnam Narron Drake Sainsting and Myers, LLP, 171 Church Street, Suite 120C, Charleston, SC 29401-3136 |
| dft | + | Robert J. Bonds, Esq., PO Box 2120, Walterboro, SC 29488-0022 |
| dft | + | Scott M Wild, Law Office of Scott M Wild LLC, 37 New Orleans Road, Suite F, Hilton Head Island, SC 29928-4756 |
| dft | + | The Spa on Port Royal Sound Horizontal Property Re, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |
| dft | + | William B. Mullis, The Spa on Port Royal Sound HOA Office, 239 Beach City Road, Hilton Head Island, SC 29926-4707 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: jacquelineard72@gmail.com | Jan 21 2026 21:33:00 | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| jdb | + | Email/PDF: terrynicola30@gmail.com | Jan 21 2026 21:33:00 | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |
| ust | ^ | MEBN | Jan 21 2026 21:30:03 | Beth Ellis, DOJ-Ust, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| ust | ^ | MEBN | Jan 21 2026 21:30:01 | Jennifer E Jacobs, DOJ-Ust, 6305 Ivy Lane, Ste 600, Greenbelt, MD 20770-6305 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 21 2026 21:33:00 | John Timothy Stack, Office of the United States Trustee, 1835 Assembly Street Suite 953, Columbia, SC 29201-2448 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jan 21 2026 21:33:00 | US Trustee, Strom Thurmond Federal Bldg, 1835 Assembly Street, Suite 953, Columbia, SC 29201-2448 |

TOTAL: 6

District/off: 0420-2 | User: admin | Page 2 of 3
Date Rcvd: Jan 21, 2026 | Form ID: pdf01 | Total Noticed: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | * | Jacqueline Elizabeth Ard, 21215 Dartmouth Dr, Southfield, MI 48076-5634 |
| pla | *+ | Terry Frank Nicola, 21215 Darthmouth, Southfield, MI 48076-5634 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christy Scott | on behalf of Defendant Jerri Ann Roseneau cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Treasurer's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Beaufort County Assessor's Office cscott@lawofficeofchristyscott.com |
| Christy Scott | on behalf of Defendant Robert J. Bonds  Esq. cscott@lawofficeofchristyscott.com |
| David W. Overstreet | on behalf of Defendant Jannine Mutterer david.overstreet@earhartoverstreet.com  alexis.chavis@earhartoverstreet.com |
| J. Ronald Jones, Jr. | on behalf of Defendant Lucas S Fautua rjones@smithdebnamlaw.com  cpatrick@smithdebnamlaw.com |
| John L. McCants | on behalf of Defendant IMC Resort Services  Inc jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Christine M Phillips jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Keith Baker jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant John and Jane Doe Board Members of jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant Henry Sanders jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant The Spa on Port Royal Sound Horizontal Property Regime jmccants@brblegal.com |
| John L. McCants | on behalf of Defendant William B. Mullis jmccants@brblegal.com |

District/off: 0420-2                                    User: admin                                              Page 3 of 3
Date Rcvd: Jan 21, 2026                              Form ID: pdf01                                       Total Noticed: 23

John L. McCants
                    on behalf of Defendant John and Jane Doe Employees and Agents of jmccants@brblegal.com

Kevin Campbell
                    kcampbell@campbell-law-firm.com  kcampbell@ecf.axosfs.com

Scott M Wild
                    on behalf of Defendant Scott M Wild scott@wildlawfirm.com


TOTAL: 17