UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | B/K Case No. 25-01384-JD |
| JACQUELINE ELIZABETH ARD and ) | |
| TERRY FRANK NIOCOLA ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| Jacqueline Elizabeth Ard and ) | |
| Terry Frank Nicola ) | |
| ) | |
| Plaintiffs. ) | |
| v. ) | Adv. Proceeding No. 25-80061-JD |
| ) | |
| The Spa on Port Royal Sound ) | NOTICE OF APPEARANCE |
| Horizontal Property Regime, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PLEASE TAKE NOTICE THAT pursuant to Bankruptcy Rule 9010(b), the

Campbell Law Firm, P.A. files this Notice of Appearance on behalf of Kevin Campbell, the

Chapter 7 Trustee in this proceeding.  Further, pursuant to Bankruptcy Rule 2002 the

undersigned attorney requests that all notices of matters arising in the above referenced

case be duly served on the undersigned at the address noted below.

Respectfully submitted,

CAMPBELL LAW FIRM, P.A.

 /s/ Michael H. Conrady
MICHAEL H. CONRADY
Attorney for the Trustee
Post Office Box 684
Mount Pleasant, SC  29465
(843) 884-6874/884-0997(fax)
District Court I.D. No. 5560
mconrady@campbell-law-firm.com

Mt. Pleasant, South Carolina
This 2nd day of March, 2026.